UNITED STATES BANKRUPTCY COURT
DISTRICT OF RHODE ISLAND

In re:

NAPPA REALTY, LLC                               BK No. 10-11413
Debtor-In-Possession                            Chapter 11

## AFFIDAVIT OF PROPOSED ATTORNEY

I, Peter J. Furness, on oath depose and say:

1. I am an attorney and counselor at law and I am duly admitted to practice in the State of Rhode Island and in this Court.

2. I maintain an office for practice of law at 100 Midway Place, Suite 1, Cranston, Rhode Island 02920.

3. To the best of my knowledge, I am a disinterested party and have no connection with Nappa Realty, LLC, the above-named debtor, its creditors, or any other party in interest therein or their respective attorneys other that that counsel was previously engaged to represent Rockland Trust, a secured creditor herein, in an unrelated Receivership matter in the Providence Superior Court and that Debtor's Managing Member Steven Nappa, individually and other third parties, have guaranteed Debtor's payment of the legal fees and expenses incurred by counsel in this matter.

/s/ Peter J. Furness
Sinapi, Formisano & Co., Ltd
100 Midway Place, Suite 1
Cranston, RI  02920
401-944-9690 Phone
401-943-9040 Fax

Subscribed and sworn to before me on this 1st day of April, 2010.

/s/ Kristin Duarte
Notary Public
My commission expires: 5/5/2013