***UNITED STATES BANKRUPTCY COURT***
***FOR THE DISTRICT OF RHODE ISLAND***
***380 Westminster Street, 6th Floor***
***Providence, RI 02903***
***www.rib.uscourts.gov***
***(401)626-3100***

*In re: Nappa Realty, LLC*                         *BK No. 1:10-bk-11413*

### *Order to File Missing Documents, and Notice of Automatic Dismissal for Non-Compliance*
### *-- Chapter 11 Case*

A petition was filed in the above-referenced case on **4/1/10** . Pursuant to LBR 1007-1(c), please be advised that the following documents are missing and must be filed within fourteen (14) days.

***Failure to timely comply with this order by filing the missing documents or to timely seek an extension of time, will result in the automatic dismissal of the bankruptcy case without further notice.***

Schedule B                         Stmt. Financial Affairs w/ signatures
                                   Exhibit A
                                   Corporate Ownership Statement

                                   Other:

## *Certificate of Service*

***Debtor***                ***Debtor's Attorney***                ***Trustee***
Regular Mail                Email Delivery

*Dated : 4/2/10*
**Document Number:  5 - 1**

311.jsp form 311

*Susan M. Thurston*
*Clerk, U.S. Bankruptcy Court*

*By: JLD*
*Deputy Clerk*

# CERTIFICATE OF NOTICE

District/off: 0103-1        User: jen            Page 1 of 1            Date Rcvd: Apr 02, 2010
Case: 10-11413             Form ID: 311          Total Noticed: 4

The following entities were noticed by first class mail on Apr 04, 2010.
db          +Nappa Realty, LLC,   469 Washington Street,   Providence, RI 02903-3511
intp        ++INTERNAL REVENUE SERVICE,   CENTRALIZED INSOLVENCY OPERATIONS,   PO BOX 21126,
              PHILADELPHIA PA 19114-0326
              (address filed with court:  Internal Revenue Service Insolvency Unit,   4th Floor,
              380 Westminster Street,   Providence, RI  02903)
intp         State of RI - Division of Taxation,   RI Division of Taxation,   Bankruptcy Unit,
              One Capitol Hill,   Providence, RI 02908-5800
intp        +State of RI - Labor and Training,   Legal Department,   Bldg 72 3rd Floor,   1511 Pontiac Avenue,
              Cranston, RI 02920-4407

The following entities were noticed by electronic transmission.
NONE.                                                                          TOTAL: 0

           ***** BYPASSED RECIPIENTS *****
NONE.                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Apr 04, 2010**                    **Signature:**    _Joseph Speetjens_