

**U.S. Department of Justice**

Office of the United States Trustee

*Districts of Maine, Massachusetts,*
*New Hampshire and Rhode Island*

---

*10 Dorrance Street, Suite 910*          *401-528-5551*
*Providence, RI 02903*                   *Fax 401-528-5163*

April 8, 2010

Clerk of Court
United States Bankruptcy Court
 for the District of Rhode Island
380 Westminster Street
Providence, RI 02903

Re:    <u>Nappa Realty, LLC</u>
       Bk. No.: 11-10-11413

Dear Clerk:

      This will advise you that the Section 341 meeting of creditors in the above-referenced case has been scheduled for Tuesday, May 11, 2010, at 10:00 AM.  Please let me know if any problems arise in this regard.  Thank you.

                          Sincerely,

                          /s/ Gary L. Donahue
                          Assistant U.S. Trustee