*UNITED STATES BANKRUPTCY COURT*
*DISTRICT OF RHODE ISLAND*

---

In Re: Nappa Realty, LLC     BK No. 1:10–bk–11413

Debtor(s)     Chapter 11

---

*ORDER, NOTICE OF DEADLINES AND DATE SET FOR § 105(d) STATUS CONFERENCE*

1. **Counsel for the debtor in possession must file an Application to be Employed, together with an Affidavit of Disinterestedness, within 30 days of the chapter 11 filing or the commencement of service, whichever occurs later. See Fed.R.Bankr. P. 2014 and LBR 2014–1(c);**
2. Debtor shall file the lists, schedules, and statements required by Fed.R.Bankr. P. 1007 within the time limits specified therein;
3. The disclosures of attorney compensation required by 11 U.S.C. § 329 must be filed within fourteen(14) days of this order, which is 4/26/2010 ;
4. Debtor must appear and submit to examination under oath at the meeting of creditors pursuant to 11 U.S.C. § 341(a).
5. Debtor is required to comply with provisions of the Bankruptcy Code and Federal Rules of Bankruptcy Procedure, and specific reference is made to 11 U.S.C. § 1107(a) and Fed.R.Bankr. P. 2015(a). Pursuant to Fed.R.Bankr. P. 2015(a), debtor is directed to file and transmit to the U.S. Trustee within 30 days after qualifying as a debtor in possession, a complete inventory of property.
6. **A Status Conference pursuant to § 105(d) will be held at the United States Bankruptcy Court on 6/2/2010 at 10:00 AM The debtor is required to appear and to report as to the anticipated date for the filing of a plan and disclosure statement and the expected contents thereof. At the § 105(d) status conference, the court will, *inter alia*, set the deadline for the debtor to file the Plan of Reorganization and the Disclosure Statement.**
7. Except for governmental units which are governed by 11 U.S.C. § 502(b)(9), the bar date for the filing of claims in a chapter 11 case is 60 days from the initial 341 Meeting. Any supplemental bar date must be requested by motion and MUST EXPIRE before the filing of the Disclosure Statement, unless after notice and a hearing at a later date is specifically authorized by the court. **OBJECTIONS TO CLAIMS IN A CHAPTER 11 CASE MUST BE FILED BEFORE THE FILING OF THE DISCLOSURE STATEMENT, unless otherwise authorized by the court for cause shown.**
8. The debtor shall file an original monthly report with the Clerk of the Bankruptcy Court, and shall simultaneously serve a copy upon the U.S. Trustee. The monthly reports shall be in the form specified by the U.S. Trustee. Said reports are due on a calendar month basis and shall be filed by the 20th of the month following the month reported on;
9. The Debtor shall pay the required quarterly fees to the U.S. Trustee, no later than one month following the end of each calendar quarter.

*So Ordered:*

/s/ Arthur N. Votolato
U.S. Bankruptcy Court Judge

Date: **4/12/10**

Entered on Docket: **4/12/10**
Document Number: **11**

o105d.jsp #143

---

*The Federal Center · 380 Westminster Street, 6th Floor · Providence, RI 02903 · Tel: (401) 626–3100*

*Website: www.rib.uscourts.gov*