UNITED STATES BANKRUPTCY COURT
DISTRICT OF RHODE ISLAND

In re:

NAPPA REALTY, LLC                                    BK No. 10-11413
Debtor-In-Possession                                 Chapter 11

## CERTIFICATE OF CORPORATE RESOLUTION

I, Steven M. Nappa, certify:

1. That I am the Managing Member of the above-named debtor-in-possession limited liability corporation;

2. That a resolution of the members of said corporation, on April 1, 2010, authorized the filing of a voluntary petition under Chapter 11 of the United States Bankruptcy Code.


                                        */s/ Steven M. Nappa*
                                        Managing Member

Subscribed and sworn to before me on this 1st day of April, 2010.


                                        */s/ Kristin Duarte*
                                        Notary Public
                                        Printed Name: Kristin Duarte
                                        My commission expires:  5/5/2013