UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| In Re: **Nappa Realty, LLC** | BK No. **1:10–bk–11413** |
| Debtor(s) | Chapter **11** |

## ORDER STRIKING, WITHOUT PREJUDICE, DEFECTIVE DOCUMENT

*Re: Missing Document (doc. #16)*

On 4/12/2010 a[n] *Corporate Vote* was filed by *Debtor* , but is procedurally defective for the following reason: **\*\*This document is a Corporate Vote which was filed with the petition – please re–file the 'Corporate Ownership Statement'\*\*** Accordingly, the document is stricken without prejudice and

☐ no further action is required.

☑ must be refiled in the correct format for further consideration by the Court.

*ORDER:*                                                                                          *ENTER:*

                                                                                                          *Arthur N. Votolato* (signature)

BY: JLD                                                                                      Arthur N. Votolato
Deputy Clerk                                                                           U.S. Bankruptcy Judge
                                                                                                   Date: **4/13/10**

Entered on Docket: **4/13/10**
Document Number: **17 – 16**

ostrickwop.jsp #840