*UNITED STATES BANKRUPTCY COURT*
*DISTRICT OF RHODE ISLAND*

---

In Re: Nappa Realty, LLC         BK No. 1:10–bk–11413

Debtor(s)                        Chapter 11

---

### ORDER, NOTICE OF DEADLINES AND DATE SET FOR § 105(d) STATUS CONFERENCE

1. **Counsel for the debtor in possession must file an Application to be Employed, together with an Affidavit of Disinterestedness, within 30 days of the chapter 11 filing or the commencement of service, whichever occurs later. See Fed.R.Bankr. P. 2014 and LBR 2014–1(c);**

2. Debtor shall file the lists, schedules, and statements required by Fed.R.Bankr. P. 1007 within the time limits specified therein;

3. The disclosures of attorney compensation required by 11 U.S.C. § 329 must be filed within fourteen(14) days of this order, which is 4/26/2010 ;

4. Debtor must appear and submit to examination under oath at the meeting of creditors pursuant to 11 U.S.C. § 341(a).

5. Debtor is required to comply with provisions of the Bankruptcy Code and Federal Rules of Bankruptcy Procedure, and specific reference is made to 11 U.S.C. § 1107(a) and Fed.R.Bankr. P. 2015(a). Pursuant to Fed.R.Bankr. P. 2015(a), debtor is directed to file and transmit to the U.S. Trustee within 30 days after qualifying as a debtor in possession, a complete inventory of property.

6. **A Status Conference pursuant to § 105(d) will be held at the United States Bankruptcy Court on 6/2/2010 at 10:00 AM The debtor is required to appear and to report as to the anticipated date for the filing of a plan and disclosure statement and the expected contents thereof. At the § 105(d) status conference, the court will,** *inter alia*, **set the deadline for the debtor to file the Plan of Reorganization and the Disclosure Statement.**

7. Except for governmental units which are governed by 11 U.S.C. § 502(b)(9), the bar date for the filing of claims in a chapter 11 case is 60 days from the initial 341 Meeting. Any supplemental bar date must be requested by motion and MUST EXPIRE before the filing of the Disclosure Statement, unless after notice and a hearing at a later date is specifically authorized by the court. **OBJECTIONS TO CLAIMS IN A CHAPTER 11 CASE MUST BE FILED BEFORE THE FILING OF THE DISCLOSURE STATEMENT, unless otherwise authorized by the court for cause shown.**

8. The debtor shall file an original monthly report with the Clerk of the Bankruptcy Court, and shall simultaneously serve a copy upon the U.S. Trustee. The monthly reports shall be in the form specified by the U.S. Trustee. Said reports are due on a calendar month basis and shall be filed by the 20th of the month following the month reported on;

9. The Debtor shall pay the required quarterly fees to the U.S. Trustee, no later than one month following the end of each calendar quarter.

*So Ordered:*

/s/ Arthur N. Votolato
U.S. Bankruptcy Court Judge

Date: **4/12/10**

Entered on Docket: **4/12/10**
Document Number: **11**

o105d.jsp #143

---

*The Federal Center · 380 Westminster Street, 6th Floor · Providence, RI 02903 · Tel: (401) 626–3100*

*Website: www.rib.uscourts.gov*

# CERTIFICATE OF NOTICE

```
District/off: 0103-1          User: crpamr              Page 1 of 1           Date Rcvd: Apr 12, 2010
Case: 10-11413                Form ID: 143              Total Noticed: 12

The following entities were noticed by first class mail on Apr 14, 2010.
db           +Nappa Realty, LLC,    469 Washington Street,    Providence, RI 02903-3511
intp         ++INTERNAL REVENUE SERVICE,    CENTRALIZED INSOLVENCY OPERATIONS,    PO BOX 21126,
               PHILADELPHIA PA 19114-0326
              (address filed with court:   Internal Revenue Service Insolvency Unit,    4th Floor,
               380 Westminster Street,    Providence, RI   02903)
intp          State of RI - Division of Taxation,    RI Division of Taxation,    Bankruptcy Unit,
               One Capitol Hill,    Providence, RI  02908-5800
intp         +State of RI - Labor and Training,    Legal Department,    Bldg 72 3rd Floor,    1511 Pontiac Avenue,
               Cranston, RI 02920-4407
943781735    +City of Providence,    Tax Assessor,    25 Dorrance Street, Unit 1,    Providence, RI 02903-1738
943781737    +National Grid-Electric,    P.O. Box 1049,    Woburn, MA 01807-1049
943781739    +Providence Economic Development,    Department of Planning & Development,    400 Westminster Street,
               Providence, RI 02903-3222
943781740    +Providence Water,    P.O. Box 1456,    Providence, RI 02901-1456
943781741    +Rockland Trust,    c/o Raymond Pelote, Esq.,    90 New State Hwy,    Raynam, MA 02767-1433
943781742    +Steven M. Nappa,    469 Washington Street,    Providence, RI 02903-3511

The following entities were noticed by electronic transmission on Apr 12, 2010.
943781736    +E-mail/Text: LTORTOLANI@narrabay.com                           Narragansett Bay Commission,
               One Service Road,    Providence, RI 02905-5505
943781738    +E-mail/Text: apbankruptcy@us.ngrid.com                          National Grid-Gas,
               P.O. Box 1048,    Woburn, MA 01807-1048
                                                                                              TOTAL: 2

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Apr 14, 2010**                    **Signature:** _Joseph Speetjens_