UNITED STATES BANKRUPTCY COURT
DISTRICT OF RHODE ISLAND

In re:

NAPPA REALTY, LLC                                      BK No. 10-11413
Debtor-In-Possession                                   Chapter 11

## CORPORATE OWNERSHIP STATEMENT

No corporation or governmental unit owns any membership interest in the Debtor.

The Debtor's sole member is Steven M. Nappa.

              NAPPA REALTY, LLC
              By its attorney,

              */s/ Peter J. Furness*
              Peter J. Furness, Receiver
              Sinapi, Formisano & Company, Ltd.
              100 Midway Place, Suite 1
              Cranston, RI  02920
              Phone:  (401) 944-9690
              Fax:  (4010 943-9040
              pjf@sfclaw.com

## CERTIFICATE OF SERVICE

Gary Donahue, Esq. Gary.L.Donahue@usdoj.gov

    I hereby certify that on the 16th day of April, 2010, I served via electronic mail or by ECF electronic filing, a true copy of the above Statement.

              */s/   Peter J Furness, Esq.*