*UNITED STATES BANKRUPTCY COURT*
*DISTRICT OF RHODE ISLAND*

---

In Re: Nappa Realty, LLC                             BK No. 1:10–bk–11413

   Debtor(s)                                                     Chapter 11

---

*ORDER GRANTING (doc# 2 ) TO EMPLOY PROFESSIONALS*
*Re: Application to Employ Peter J. Furness as Debtor's Attorney*

The Application to Employ Professionals (doc.# 2 ) is HEREBY APPROVED, subject to the following: (1) This order is not a determination that the services are necessary; and (2) No fee agreement between the applicant and the person or entity being employed is binding on the court.

Any agreement for compensation between the Professional seeking employment and the Trustee shall not be binding on the Court, and to the extent that anything contained in the application deemed a request to pre−approve compensation is DENIED. Compensation of Professionals will be determined by the Court only at the conclusion of the matter and upon the filing of an appropriate fee application

*So Ordered:*

/s/ Arthur N. Votolato
U.S. Bankruptcy Court Judge

Date: **4/21/10**

Entered on Docket: **4/21/10**
Document Number: **21 – 2**

Oappemployprof.jsp #103

---

*The Federal Center · 380 Westminster Street, 6th Floor · Providence, RI 02903 · Tel: (401) 626−3100*

*Website: www.rib.uscourts.gov*