UNITED STATES BANKRUPTCY COURT
DISTRICT OF RHODE ISLAND

IN RE:  \*  CHAPTER 11
    NAPPA REALTY, LLC  \*  CASE NO. 10-11413
    \*
    \*

**NOTICE OF APPEARANCE AND REQUEST FOR
NOTICES PURSUANT TO BANKRUPTCY RULE 2002**

TO THE CLERK OF THE UNITED STATES BANKRUPTCY COURT AND ALL PARTIES:

PLEASE TAKE NOTICE that, pursuant to Bankruptcy Rule 2002 and Bankruptcy Court for the District of Rhode Island Local Rule 9010-1(e)(2), Rockland Trust Company, successor in interest to Slade's Bank, f/k/a Slade's Ferry Trust Company, by and through its Counsel, Raymond C. Pelote, Esq., of Wynn & Wynn, P.C., hereby appears in the above-captioned case and requests that Notices of all matters in the case be served upon its attorneys as follows:

    Raymond C. Pelote, Esquire
    Wynn & Wynn, P.C.
    90 New State Highway
    Raynham, MA 02767

Request is hereby also made for service of copies of all pleadings, including but not limited to Motions, Orders, and Notice of all hearings or other proceedings, relating to any issue which may be raised in the above-captioned case.

    Rockland Trust Company, successor in interest to Slade's Bank,
    f/k/a Slade's Ferry Trust Company
    By its attorneys,
    WYNN & WYNN, P.C.

    /s/ Raymond C. Pelote
    Raymond C. Pelote, RIBA #6665
    90 New State Highway
    Raynham, MA  02767
    (508) 823-4567
    (508) 822-4097 - facsimile
    Rpelote@wynnandwynn.com

DATED: April 21, 2010

## CERTIFICATE OF SERVICE

I, Raymond C. Pelote, hereby certify that on April 21, 2010, I served a copy of the within **NOTICE OF APPEARANCE AND REQUEST FOR NOTICES PURSUANT TO BANKRUPTCY RULE 2002** by causing the same to be electronically mailed to the following parties as set forth below:

Peter J. Furness, Esq.  
Sinapi Formisano & Co.  
100 Midway Place, Suite 1  
Cranston, RI 02920-5707  
(401) 944-9690

Pjf@sfclaw.com  
Debtor's counsel

U.S. Trustee  
Gary L. Donahue  
US Trustee's Office  
10 Dorrance Street, Room 910  
Providence, RI 02903  
(401) 528-5551

Ustpregion01.pr.ecf@usdoj.gov

I further certify that I have this day served a copy of the within **NOTICE OF APPEARANCE AND REQUEST FOR NOTICES PURSUANT TO BANKRUPTCY RULE 2002**, via first class mail, postage prepaid, to:

Debtor:  
Nappa Realty, LLC  
469 Washington Street  
Providence, RI 02903

Interested Party:  
State of RI - Division of Taxation  
Bankruptcy Unit  
One Capitol Hill  
Providence, RI 02908-5800

State of RI - Labor and Training  
Legal Department, Bldg. 72 3rd Floor  
1511 Pontiac Avenue  
Cranston, RI 02920

WYNN & WYNN, P.C.  
By:

/s/ Raymond C. Pelote  
Raymond C. Pelote  
Rpelote@wynnandwynn.com