*UNITED STATES BANKRUPTCY COURT*
*DISTRICT OF RHODE ISLAND*

---

In Re: Nappa Realty, LLC                    BK No. 1:10–bk–11413

    Debtor(s)                                    Chapter 11

---

*ORDER GRANTING (doc# 2 ) TO EMPLOY PROFESSIONALS*
*Re: Application to Employ Peter J. Furness as Debtor's Attorney*

The Application to Employ Professionals (doc.# 2 ) is HEREBY APPROVED, subject to the following: (1) This order is not a determination that the services are necessary; and (2) No fee agreement between the applicant and the person or entity being employed is binding on the court.

Any agreement for compensation between the Professional seeking employment and the Trustee shall not be binding on the Court, and to the extent that anything contained in the application deemed a request to pre−approve compensation is DENIED. Compensation of Professionals will be determined by the Court only at the conclusion of the matter and upon the filing of an appropriate fee application

                      *So Ordered:*

                      /s/ Arthur N. Votolato
                      U.S. Bankruptcy Court Judge

                      Date: **4/21/10**

Entered on Docket: **4/21/10**
Document Number: **21 – 2**

Oappemployprof.jsp #103

---

*The Federal Center · 380 Westminster Street, 6th Floor · Providence, RI 02903 · Tel: (401) 626−3100*

*Website: www.rib.uscourts.gov*

# CERTIFICATE OF NOTICE

```
District/off: 0103-1          User: jen                Page 1 of 1            Date Rcvd: Apr 21, 2010
Case: 10-11413                Form ID: 103             Total Noticed: 4

The following entities were noticed by first class mail on Apr 23, 2010.
db           +Nappa Realty, LLC,   469 Washington Street,   Providence, RI 02903-3511
intp        ++INTERNAL REVENUE SERVICE,   CENTRALIZED INSOLVENCY OPERATIONS,   PO BOX 21126,
               PHILADELPHIA PA 19114-0326
              (address filed with court:   Internal Revenue Service Insolvency Unit,   4th Floor,
               380 Westminster Street,   Providence, RI  02903)
intp          State of RI - Division of Taxation,   RI Division of Taxation,   Bankruptcy Unit,
               One Capitol Hill,   Providence, RI  02908-5800
intp         +State of RI - Labor and Training,   Legal Department,   Bldg 72 3rd Floor,   1511 Pontiac Avenue,
               Cranston, RI  02920-4407

The following entities were noticed by electronic transmission.
NONE.                                                                                            TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                            TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Apr 23, 2010**               **Signature:**  *Joseph Speetjens*