*UNITED STATES BANKRUPTCY COURT*
*DISTRICT OF RHODE ISLAND*

In Re: Nappa Realty, LLC        BK No. 1:10–bk–11413

Debtor(s)                       Chapter 11

### NOTICE OF § 105(d) HEARING

**PLEASE TAKE NOTICE** that the § 105(d) hearing has been scheduled for 7/22/2010 at 10:00 AM at U.S. Bankruptcy Court, 380 Westmininster Street, Providence, RI 02903 on the following matter:

[11] Chapter 11 and Notice

It is recommended that counsel utilize courtroom technology. If familiarization in use of the document camera and/or touch screens is required, please plan on arriving twenty minutes in advance of the hearing and meet with the Court Recorder for training.

/s/ Susan M. Thurston
Clerk, U.S. Bankruptcy Court

Date: **6/2/10**

Entered on Docket: **6/2/10**
Document Number: **24 – 11**

510.jsp

---

*The Federal Center · 380 Westminster Street, 6th Floor · Providence, RI 02903 · Tel: (401) 626–3100*

*Website: www.rib.uscourts.gov*