**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF RHODE ISLAND**

In Re: Nappa Realty, LLC                    BK No. 1:10–bk–11413

Debtor(s)                                   Chapter 11

### NOTICE OF HEARING

**PLEASE TAKE NOTICE** that a hearing will be held at:

U.S. Bankruptcy Court, 380 Westminster Street, Providence, RI 02903 on 7/14/10 at 10:00 AM to consider and act upon the following:

[26] Motion to Consolidate Plan and Disclosure Statment filed by Debtor Nappa Realty, LLC

It is recommended that counsel utilize courtroom technology. If familiarization in use of the document camera and/or touch screens is required, please plan on arriving twenty minutes in advance of the hearing and meet with the Court Recorder for training.

/s/ Susan M. Thurston
Clerk, U.S. Bankruptcy Court

Date: **7/2/10**

Entered on Docket: **7/2/10**
Document Number: **28 – 26**

500.jsp

---

*The Federal Center · 380 Westminster Street, 6th Floor · Providence, RI 02903 · Tel: (401) 626–3100*

*Website: www.rib.uscourts.gov*