*UNITED STATES BANKRUPTCY COURT*
*DISTRICT OF RHODE ISLAND*

___

In Re: Nappa Realty, LLC                    BK No. 1:10–bk–11413

Debtor(s)                                   Chapter 11

___

### NOTICE OF HEARING

**PLEASE TAKE NOTICE** that a hearing will be held at:

U.S. Bankruptcy Court, 380 Westminster Street, Providence, RI 02903 on 7/14/10 at 10:00 AM to consider and act upon the following:

[26] Motion to Consolidate Plan and Disclosure Statment filed by Debtor Nappa Realty, LLC

It is recommended that counsel utilize courtroom technology. If familiarization in use of the document camera and/or touch screens is required, please plan on arriving twenty minutes in advance of the hearing and meet with the Court Recorder for training.

/s/ Susan M. Thurston
Clerk, U.S. Bankruptcy Court

Date: **7/2/10**

Entered on Docket: **7/2/10**
Document Number: **28 – 26**

500.jsp

___

*The Federal Center · 380 Westminster Street, 6th Floor · Providence, RI 02903 · Tel: (401) 626–3100*

*Website: www.rib.uscourts.gov*

# CERTIFICATE OF NOTICE

```
District/off: 0103-1          User: holly2              Page 1 of 1                  Date Rcvd: Jul 02, 2010
Case: 10-11413                Form ID: 500              Total Noticed: 15
```

The following entities were noticed by first class mail on Jul 04, 2010.
```
db           +Nappa Realty, LLC,   469 Washington Street,   Providence, RI 02903-3511
intp        ++INTERNAL REVENUE SERVICE,   CENTRALIZED INSOLVENCY OPERATIONS,   PO BOX 21126,
               PHILADELPHIA PA 19114-0326
              (address filed with court:   Internal Revenue Service Insolvency Unit,   4th Floor,
               380 Westminster Street,   Providence, RI  02903)
cr           +Rockland Trust Company successor in interest to Sl,   c/o Wynn & Wynn, P.C.,
               90 New State Highway,   Raynham, MA 02767-1433
intp          State of RI - Division of Taxation,   RI Division of Taxation,   Bankruptcy Unit,
               One Capitol Hill,   Providence, RI  02908-5800
intp         +State of RI - Labor and Training,   Legal Department,   Bldg 72 3rd Floor,   1511 Pontiac Avenue,
               Cranston, RI 02920-4407
943781735    +City of Providence,   Tax Assessor,   25 Dorrance Street, Unit 1,   Providence, RI 02903-1738
943781737    +National Grid-Electric,   P.O. Box 1049,   Woburn, MA 01807-1049
943781739    +Providence Economic Development,   Department of Planning & Development,   400 Westminster Street,
               Providence, RI 02903-3222
943781740    +Providence Water Supply Board,   552 Academy Ave,   Providence, RI 02908-2792
943785722    +R.I. Division of Taxation,   1 Capitol Hill,   Providence, RI 02908-5800
943781741    +Rockland Trust,   c/o Raymond Pelote, Esq.,   90 New State Hwy,   Raynam, MA 02767-1433
943781742    +Steven M. Nappa,   469 Washington Street,   Providence, RI 02903-3511
```

The following entities were noticed by electronic transmission on Jul 02, 2010.
```
943781736    +E-mail/Text: LTORTOLANI@narrabay.com                          Narragansett Bay Commission,
               One Service Road,   Providence, RI 02905-5505
943794923    +E-mail/Text: apbankruptcy@us.ngrid.com                        National Grid,
               300 Erie Blvd. West,   Syracuse, NY 13202-4250
943781738    +E-mail/Text: apbankruptcy@us.ngrid.com                        National Grid-Gas,
               P.O. Box 1048,   Woburn, MA 01807-1048
                                                                                                TOTAL: 3

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                           TOTAL: 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Jul 04, 2010**                **Signature:**    _Joseph Speetjens_