**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF RHODE ISLAND**

In Re: Nappa Realty, LLC

Debtor(s)

BK No. 1:10–bk–11413

Chapter 11

### NOTICE OF § 105(d) HEARING

*PLEASE TAKE NOTICE* that the § 105(d) hearing has been scheduled for 8/11/10 at 10:00 AM at U.S. Bankruptcy Court, 380 Westmininster Street, Providence, RI 02903 on the following matter:

Hearing Continued (re [11] Chapter 11 and Notice) Section 105 Status hearing to be held on 8/11/2010 at 10:00 AM at 6th Floor Courtroom.

It is recommended that counsel utilize courtroom technology. If familiarization in use of the document camera and/or touch screens is required, please plan on arriving twenty minutes in advance of the hearing and meet with the Court Recorder for training.

/s/ Susan M. Thurston
Clerk, U.S. Bankruptcy Court

Date: **7/9/10**

Entered on Docket: **7/9/10**
Document Number: **32 – 11**

510.jsp

---

*The Federal Center · 380 Westminster Street, 6th Floor · Providence, RI 02903 · Tel: (401) 626–3100*

*Website: www.rib.uscourts.gov*