*UNITED STATES BANKRUPTCY COURT*
*DISTRICT OF RHODE ISLAND*

| | |
|---|---|
| In Re: Nappa Realty, LLC | BK No. 1:10–bk–11413 |
| Debtor(s) | Chapter 11 |

### NOTICE OF HEARING RE: MOTION TO LIFT STAY

**PLEASE TAKE NOTICE** that a hearing will be held at:

U.S. Bankruptcy Court, 380 Westminster Street, Providence, RI 02903 on 8/26/10 at 10:00 AM to consider and act upon the following:

Hearing Set re: Motion for Relief from Stay. If no objection or other response is timely filed, the motion will be granted and the matter removed from the calendar. (related document(s)[38] Motion for Relief From Stay filed by Creditor Rockland Trust Company successor in interest to Slade's Bank f/k/a Slade's Ferry Trust Company).

It is recommended that counsel utilize courtroom technology. If familiarization in use of the document camera and/or touch screens is required, please plan on arriving twenty minutes in advance of the hearing and meet with the Court Recorder for training.

/s/ Susan M. Thurston
Clerk, U.S. Bankruptcy Court

Date: **8/2/10**

Entered on Docket: **8/2/10**
Document Number: **40 – 38**

525.jsp

*The Federal Center · 380 Westminster Street, 6th Floor · Providence, RI 02903 · Tel: (401) 626–3100*

*Website: www.rib.uscourts.gov*