### UNITED STATES BANKRUPTCY COURT
### DISTRICT OF RHODE ISLAND

---

In Re: Nappa Realty, LLC                    BK No. 1:10–bk–11413

Debtor(s)                                   Chapter 11

---

### ORDER GRANTING MOTION/APPLICATION (doc# 26 ) AFTER HEARING
*Re: Motion for Authority to File Combined Chapter 11 Plan and Disclosure Statement , filed by Debtor Nappa Realty, LLC*

Upon consideration of the Motion/Application and any objection or response thereto, and after hearing, it is ORDERED that for the reasons stated by the Court in its bench decision, which are incorporated herein by reference, the Motion/Application (doc.# 26 ) is hereby **GRANTED** .

*So Ordered:*

/s/ Arthur N. Votolato
U.S. Bankruptcy Court Judge

Date: **8/11/10**

Entered on Docket: **8/11/10**
Document Number: **42 – 26**

oah.jsp #119

---