**FEE APPLICATION SUMMARY SHEET**  R.I. Bankr. Form C.2
*See* R.I. LBR 2016-1(a)(9)

- - - - - - - - - - - - - - - - - - - - -x  **Fees Previously Requested:** $     **NAME OF APPLICANT:**
                                        :  **Fees Previously Awarded:**   $
**In re:**
                                        :  BK No.
                                              Chapter
                                        :                                              **ROLE IN THE CASE:**
Debtor                                     **Expenses Previously Requested:**   $
                                        :  **Expenses Previously Awarded:**     $
- - - - - - - - - - - - - - - - - - - - -x                                              **CURRENT APPLICATION:**
                                                                                       **Fees Requested:**   $
                                           **Retainer Paid:** $                         **Expenses Requested:** $
                                                                                       **Blended Hourly Rate:** $
                                                                                       **(Excluding Paraprofessionals)**

125

**FEE APPLICATION**

| NAMES OF PROFESSIONALS/ PARAPROFESSIONALS | YEAR ADMITTED TO PRACTICE | HOURS BILLED Current Application | RATE | TOTAL FOR APPLICATION |
|---|---|---|---|---|

**PARTNERS**

**ASSOCIATES**

**PARAPROFESSIONALS**