R.I. Bankr. Form C.3
*See* R.I. LBR 2016-1(a)(9)

## INTERIM FEE ALLOWANCE SUMMARY

----------------------x

**In re:**  :

Nappa Realty, LLC
:
Debtor  :   BK No. 10-11413
    Chapter 11
 :
----------------------x

**FEES:**

1. Interim Fee Request Number: 1
2. Interim Period Involved: 03/20/10 to 09/30/10
3. Total Hours of Services Performed this Period: 122.50
4. Total Interim Fee Allowanced to Date:   $0.00
5. Interim Fee Request this Period:   $$31,386.00
6. Blended Hourly Rate this Period:   $333.80
   (Excluding paraprofessionals)
7. Any Uncredited Retainer as of this Date:   $3,000.00

**EXPENSES:**

1. Total Expense Reimbursements Allowed to Date: $0.00
2. Interim Expenses Request this Period:   $1.050.82
3. Breakdown of Item No. 3 Total:
   a. Travel Expense:   $7.00
   b. Postage:   $1.22
   c. Photocopies:   $3.60
   d. Express Mail/Messenger :   $0.00
   e. Overtime Charges:   $0.00
   f. Other Expenses (Itemize):   $
      Filing Fee   $1,039.82
         $
         $

126