*UNITED STATES BANKRUPTCY COURT*
*DISTRICT OF RHODE ISLAND*

---

In Re: Nappa Realty, LLC          BK No. 1:10–bk–11413

Debtor(s)                         Chapter 11

---

### NOTICE OF FILING OF INTERIM/FINAL APPLICATION FOR COMPENSATION

**PLEASE TAKE NOTICE:** On 9/1/2010 , Applicant Attorney Peter Furness, representing debtor Nappa Realty LLC , filed with the U.S. Bankruptcy Court for the District of Rhode Island, an Interim/Final Application for Compensation requesting the allowance of $ 31386.00 in fees and $ 1050.82 in expenses. A copy of said Interim/Final Application is on file with the Clerk's Office and can be reviewed at the court, or a copy may be obtained by contacting applicant at the address listed below. A complete copy of the Application has also been provided to the Office of the U.S. Trustee, 10 Dorrance Street, Rm 910, Providence, RI 02903.

**PURSUANT TO LBR 1005–1(d)**, within twenty–four (24) days of service of this NOTICE, any party who objects to the fees and expenses sought in the referenced Application shall serve and file with the Clerk of Court, with copies to the local Office of the United States Trustee and interested parties, an Objection/Response to said Application.

If no objection/response is filed within the specified period, the Application for Compensation may be acted upon by the court without further notice or hearing. If the court schedules a hearing on the Application, you will be given twenty–one (21) days notice of the hearing, unless a shorter time is ordered. Only parties who have timely filed an Objection/Response will be permitted to present their position at hearing, unless otherwise ordered.

***THIS NOTICE APPLICABLE TO: INTERIM AND FINAL APPLICATIONS FOR COMPENSATION UNDER CHAPTER 7, AND INTERIM APPLICATIONS UNDER CHAPTER 11 AND 13.***

*Applicant:*

NAME: Peter J. Furness

ADDRESS: Sinapi Formisano & Co
100 Midway Place Suite 1
Cranston RI 02920–5707

PHONE NUMBER: (401) 944–9690

/s/ Susan M. Thurston
Clerk, U.S. Bankruptcy Court

Date: **9/2/10**

Entered on Docket: **9/2/10**
Document Number: **57 – 55**

334.jsp

---

*The Federal Center · 380 Westminster Street, 6th Floor · Providence, RI 02903 · Tel: (401) 626–3100*

*Website: www.rib.uscourts.gov*

# CERTIFICATE OF NOTICE

```
District/off: 0103-1           User: carolsy                Page 1 of 1                  Date Rcvd: Sep 02, 2010
Case: 10-11413                 Form ID: 334                 Total Noticed: 15

The following entities were noticed by first class mail on Sep 04, 2010.
db           +Nappa Realty, LLC,    469 Washington Street,    Providence, RI 02903-3511
intp        ++INTERNAL REVENUE SERVICE,    CENTRALIZED INSOLVENCY OPERATIONS,    PO BOX 21126,
               PHILADELPHIA PA 19114-0326
              (address filed with court:   Internal Revenue Service Insolvency Unit,    4th Floor,
               380 Westminster Street,    Providence, RI   02903)
intp          State of RI - Division of Taxation,    RI Division of Taxation,    Bankruptcy Unit,
               One Capitol Hill,    Providence, RI   02908-5800
intp         +State of RI - Labor and Training,    Legal Department,    Bldg 72 3rd Floor,    1511 Pontiac Avenue,
               Cranston, RI 02920-4407
943781735    +City of Providence,    Tax Assessor,    25 Dorrance Street, Unit 1,    Providence, RI 02903-1738
943781737    +National Grid-Electric,    P.O. Box 1049,    Woburn, MA 01807-1049
943781739    +Providence Economic Development,    Department of Planning & Development,    400 Westminster Street,
               Providence, RI 02903-3222
943781740    +Providence Water Supply Board,    552 Academy Ave,    Providence, RI 02908-2792
943785722    +R.I. Division of Taxation,    1 Capitol Hill,    Providence, RI 02908-5800
943781741    +Rockland Trust,    c/o Raymond Pelote, Esq.,    90 New State Hwy,    Raynam, MA 02767-1433
943818830    +Rockland Trust Company successor in interest to Sl,    c/o Wynn & Wynn, P.C.,
               90 New State Highway,    Raynham, MA 02767-1433
943781742    +Steven M. Nappa,    469 Washington Street,    Providence, RI 02903-3511

The following entities were noticed by electronic transmission on Sep 02, 2010.
943781736    +E-mail/Text: LTORTOLANI@narrabay.com                           Narragansett Bay Commission,
               One Service Road,    Providence, RI 02905-5505
943794923    +E-mail/Text: apbankruptcy@us.ngrid.com                         National Grid,
               300 Erie Blvd. West,    Syracuse, NY 13202-4250
943781738    +E-mail/Text: apbankruptcy@us.ngrid.com                         National Grid-Gas,
               P.O. Box 1048,    Woburn, MA 01807-1048
                                                                                              TOTAL: 3

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr*          +Rockland Trust Company successor in interest to Sl,   c/o Wynn & Wynn, P.C.,
               90 New State Highway,    Raynham, MA 02767-1433
                                                                                              TOTALS: 0, * 1, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Sep 04, 2010**                    **Signature:**    _Joseph Speetjens_