Primary Attorney: 4 Peter J. Furness

Client: 4574.02A Nappa Realty, LLC     Napa Realty, LLC     Contact:
Re: Bankruptcy
| | | | |
|---|---|---|---|
| Primary Attorney: | 4 PJF | Category: | 19 Bankruptcy/Receivership |
| Secondary Attorney: | 4 PJF | Draft Template: | 00000001   Rate Code: 1 |
| Originating Attorney: | 4 PJF | Final Template: | 00000001   Date Opened: 04/05/2010 |
| Previous Balance: | 0.00 | | |

| Date | Atty | TX | Tcode | Ref # | Rate | Hours Worked | Hours to Bill | Amount | Description |
|---|---|---|---|---|---|---|---|---|---|
| **Fees** | | | | | | | | | |
| 03/20/2010 | 4 PJF | | 112 | 81 | 340.00 | 0.40 | 0.40 | 136.00 | Prepare, receive and review two emails with Marderosian. |
| 03/21/2010 | 4 PJF | | 134 | 87 | 340.00 | 0.40 | 0.40 | 136.00 | Prepare, receive and review e-mails with Marderosian regarding bankruptcy information. |
| 03/23/2010 | 4 PJF | | 103 | 82 | 340.00 | 1.25 | 1.25 | 425.00 | Meet with client; draft Engagement Letter; telephone call with Pelote regarding settlement and forebearance. |
| 03/24/2010 | 4 PJF | | 103 | 83 | 340.00 | 2.00 | 2.00 | 680.00 | Confer with client regarding forebearance agreement. Telephone call with Pelote regarding settlement; three emails with Bedrosian and Pelote regarding Settlement Proposal, four emails with Burke regarding documents, review several documents. |
| 03/25/2010 | 4 PJF | | 134 | 84 | 340.00 | 1.30 | 1.30 | 442.00 | Prepare, receive and review three e-mails with Pelote and Maderosian regarding settlement. Review loan document. |
| 03/26/2010 | 4 PJF | | 134 | 85 | 340.00 | 0.65 | 0.65 | 221.00 | Prepare, receive and review several e-mails with Marderosian; emails with Pelote. |
| 03/27/2010 | 4 PJF | | 118 | 88 | 340.00 | 0.85 | 0.85 | 289.00 | Review tax records, Secretary of State dockets and loan documents |
| 03/29/2010 | 4 PJF | | 121 | 86 | 340.00 | 1.30 | 1.30 | 442.00 | Telephone call to Maderosian; two telephone calls to Pelote; emails with Maderosian, telephone Bausini's office. |
| 04/01/2010 | 4 PJF | | 105 | 89 | 340.00 | 3.00 | 3.00 | 1,020.00 | Meeting with client regarding Chapter 11 filing; draft fee agreement and edits to application to employ. Telephone call to Attorney Orson regarding litigation; telephone call to Maderosian regarding Chapter 11 filing twice; telephone call to Atty Pelote regarding filing and starting foreclosure with two emails regarding same; email to client regarding filing information; emails with Maderosian regarding filing issues twice and draft consent of members. |
| 04/02/2010 | 4 PJF | | 121 | 90 | 340.00 | 0.90 | 0.90 | 306.00 | Telephone call to Pelote regarding Chapter 11 plan and filing; emails with Maderosian and client regarding same; telephone call to Pelote regarding filing and canceling auction; review 2 Orders from Court regarding missing documents and schedules. |
| 04/05/2010 | 4 PJF | | 106 | 91 | 340.00 | 0.60 | 0.60 | 204.00 | Draft schedule A; draft Certificate of Corp. Resolution. |
| 04/06/2010 | 4 PJF | | 110 | 92 | 340.00 | 0.75 | 0.75 | 255.00 | Prepare, receive and review emails with client regarding account status; review email regarding schedule information; conference with KDD regarding same; review long email with exhibits from US Trustee regarding requirements; email clients regarding same. |
| 04/07/2010 | 4 PJF | | 118 | 93 | 340.00 | 0.90 | 0.90 | 306.00 | Review Quinn's letter and documentation; email client regarding completing information by 4/9/10; email Quinn regarding purchase of insurance twice; review docket. |
| 04/08/2010 | 4 PJF | | 118 | 94 | 340.00 | 0.25 | 0.25 | 85.00 | Review notice regarding Creditors meeting; emails with client regarding Trustee package. |
| 04/09/2010 | 4 PJF | | 118 | 95 | 340.00 | 0.60 | 0.60 | 204.00 | Review notice of 341 meeting; email to client regarding same; review KDD's comment; confer with KDD regarding schedule deficiencies; confer with KDD regarding schedules. |
| 04/12/2010 | 4 PJF | | 118 | 96 | 340.00 | 0.95 | 0.95 | 323.00 | Review emails to Russ regarding information; confer with KDD regarding depository; review clients email with KDD regarding same; review Notice of 105 hearing; review POL of Narragansett Bay Commission; review schedule drafts. |
| 04/13/2010 | 4 PJF | | 110 | 97 | 340.00 | 1.80 | 1.80 | 612.00 | Prepare and attend Debtor's conference with US Trustee; email to client regarding US Trustee requirements; emails with Maderosian; draft Corporate Ownership statement; emails with client regarding DIP account and more reports. |
| 04/14/2010 | 4 PJF | | 118 | 98 | 340.00 | 0.30 | 0.30 | 102.00 | Review POL; review entry of appearance BNE; emails with client regarding MOR. |
| 04/15/2010 | 4 PJF | | 118 | 99 | 340.00 | 0.20 | 0.20 | 68.00 | Review Providence Water claim and RI claim. |
| 04/16/2010 | 4 PJF | | 118 | 100 | 340.00 | 0.35 | 0.35 | 119.00 | Review email from Marderosian; review POL from State of RI and telephone call to State regarding same. |
| 04/17/2010 | 4 PJF | | 110 | 101 | 340.00 | 0.15 | 0.15 | 51.00 | Email client regarding bank account and Trustee reports. |
| 04/18/2010 | 4 PJF | | 110 | 102 | 340.00 | 0.20 | 0.20 | 68.00 | Emails with client regarding bank account and Trustee information. |
| 04/19/2010 | 4 PJF | | 110 | 107 | 340.00 | 0.10 | 0.10 | 34.00 | Email client regarding 341 meeting. |
| 04/20/2010 | 4 PJF | | 118 | 103 | 340.00 | 0.20 | 0.20 | 68.00 | Review new check and email to receiver; review receiver's email. |
| 04/21/2010 | 4 PJF | | 118 | 104 | 340.00 | 0.40 | 0.40 | 136.00 | Review Entry of Appearance and Request for Notice (Rockland); review Order regarding Employment of Counsel; review docket. |
| 04/26/2010 | 4 PJF | | 118 | 108 | 340.00 | 0.10 | 0.10 | 34.00 | Review emails with client regarding MOR. |
| 04/27/2010 | 4 PJF | | 118 | 105 | 340.00 | 0.25 | 0.25 | 85.00 | Review e-mails re: MOR and e-mail from Russ. |
| 04/29/2010 | 4 PJF | | 105 | 106 | 340.00 | 0.25 | 0.25 | 85.00 | Conference with U. S. Trustee re: status. |
| 04/30/2010 | 4 PJF | | 118 | 109 | 340.00 | 0.15 | 0.15 | 51.00 | Review Golden's email regarding MOR; confer with KDD. |
| 05/02/2010 | 4 PJF | | 118 | 114 | 340.00 | 0.80 | 0.80 | 272.00 | Review docket and POL docket; work on plan formation. |
| 05/05/2010 | 4 PJF | | 110 | 110 | 340.00 | 0.40 | 0.40 | 136.00 | Email client regarding status; confer with Atty Pelote regarding status. |
| 05/06/2010 | 4 PJF | | 103 | 111 | 340.00 | 0.95 | 0.95 | 323.00 | Confer with KDD regarding MOR and rent; email Russ Golden regarding rent; emails with Marderosian regarding refinancing; emails with Atty Pelote regarding sale of note; review National Grid POC; email client regarding strategy. |
| 05/07/2010 | 4 PJF | | 270 | 112 | 340.00 | 0.30 | 0.30 | 102.00 | Exchange e-mails with Pelote; prepare e-mail to client re: plan. |
| 05/08/2010 | 4 PJF | | 110 | 115 | 340.00 | 0.70 | 0.70 | 238.00 | Prepare for 341 meeting and review file; review docket. |
| 05/10/2010 | 4 PJF | | 110 | 113 | 340.00 | 1.20 | 1.20 | 408.00 | Prepare e-mail to client re: MOR and 341 meeting; prepare e-mail to U. S. Trustee; exchange e-mails with client; telephone call to Goden re MOR;exchange e-mails with Russ and client; exchange e-mails with Marderosian re: status of finances. |
| 05/11/2010 | 4 PJF | | 110 | 143 | 340.00 | 2.00 | 2.00 | 680.00 | Prepare for and attend 341 meeting; meeting with client and Ross; meeting with Attorney Pelote and U. S. Trustee. |
| 05/21/2010 | 4 PJF | | 125 | 116 | 340.00 | 0.70 | 0.70 | 238.00 | Work on plan and disclosure statement. |
| 05/24/2010 | 4 PJF | | 270 | 118 | 340.00 | 0.20 | 0.20 | 68.00 | Exchange e-mails with Pelote re: MOR. |
| 05/25/2010 | 4 PJF | | 118 | 117 | 340.00 | 0.25 | 0.25 | 85.00 | Review correspondence with Golden re: reports; confer with KDD. |
| 05/27/2010 | 4 PJF | | 103 | 119 | 340.00 | 0.25 | 0.25 | 85.00 | Confer with KDD and review her e-mail to client. |
| 05/31/2010 | 4 PJF | | 110 | 120 | 340.00 | 0.45 | 0.45 | 153.00 | Prepare for hearing. |
| 06/01/2010 | 4 PJF | | 270 | 50 | 340.00 | 1.85 | 1.85 | 629.00 | Exchange e-mails with client re: 341 financials and financing; exchange (2) e-mails with U. S. Trustee; prepare e-mail to client; telephone call to client; edit MOR; telephone call to Goden re: status; prepare for 105 hearing; review amended MOR. |

Date: 08/27/2010
Case 1:10-bk-11413    Doc 63    Filed 08/27/10    Entered 08/27/10 15:15:24    Desc Main
Table of Work-in-Process Report
Sinapi, Formisano & Company, Ltd.
Document      Page 2 of 4
Page: 2

Primary Attorney: 4 Peter J. Furness

Client: 4574.02A  Nappa Realty, LLC (Continued)

| Date | Atty | TX | Tcode | Ref # | Rate | Hours Worked | Hours to Bill | Amount | Description |
|---|---|---|---|---|---|---|---|---|---|
| 06/02/2010 | 4 PJF | | 103 | 28 | 340.00 | 1.75 | 1.75 | 595.00 | Confer with client; confer with Attorney Pelote; confer with U. S. Trustee; attend 105 hearing; review hearing notice; commence work on cash collateral order. |
| 06/03/2010 | 4 PJF | | 106 | 165 | 340.00 | 1.90 | 1.90 | 646.00 | Draft Motion to Use Cash Collateral and Memorandum of Law; letter to Pelote re: bank documents. |
| 06/04/2010 | 4 PJF | | 118 | 30 | 340.00 | 2.60 | 2.60 | 884.00 | Review UCC filing and attachments (Rockland); edits to motion and memorandum; draft intention order; review security documents receive from Attorney Pelote (mortgage, note, and assignment); review Pelote's e-mail; edits to motion and order; prepare e-mail to client re: PRE. |
| 06/06/2010 | 4 PJF | | 125 | 31 | 340.00 | 1.25 | 1.25 | 425.00 | Work on cash collateral pleadings. |
| 06/07/2010 | 4 PJF | | 270 | 32 | 340.00 | 1.25 | 1.25 | 425.00 | Exchange e-mails with client; work on cash collateral memorandum. |
| 06/08/2010 | 4 PJF | | 270 | 51 | 340.00 | 0.25 | 0.25 | 85.00 | Exchange e-mails with client re: Providence Red loan documents and security. |
| 06/09/2010 | 4 PJF | | 118 | 34 | 340.00 | 0.75 | 0.75 | 255.00 | Review POC; exchange e-mails with client re: loan documents; work on cash collateral motion. |
| 06/11/2010 | 4 PJF | | 125 | 35 | 340.00 | 1.40 | 1.40 | 476.00 | Work on cas collateral, motion, order and memorandum; prepare e-mail to client re: same;exchange e-mails (2) with Pelote (Rockland) re: cash collateral agreement. |
| 06/13/2010 | 4 PJF | | 110 | 36 | 340.00 | 0.25 | 0.25 | 85.00 | Prepare e-mail to cline re: cash collateral issues; prepare e-mail to client re: Providence documents. |
| 06/14/2010 | 4 PJF | | 134 | 42 | 340.00 | 0.10 | 0.10 | 34.00 | Receive and review e-mail from client. |
| 06/15/2010 | 4 PJF | | 125 | 44 | 340.00 | 1.40 | 1.40 | 476.00 | Work on plan. |
| 06/16/2010 | 4 PJF | | 110 | 43 | 340.00 | 1.50 | 1.50 | 510.00 | Prepare letter to client re: financing opportunity; exchange e-mails with Pelote re: cash collateral agreement; work on disclosure statement; review e-mail from Medrosia and prepare e-mail to same; review forebearance agreement; exchange e-mails wit Pelote re: cash collateral order. |
| 06/17/2010 | 4 PJF | | 118 | 45 | 340.00 | 0.65 | 0.65 | 221.00 | Review e-mail from Golden; work on plan. |
| 06/18/2010 | 4 PJF | | 125 | 38 | 340.00 | 0.50 | 0.50 | 170.00 | Work on plan. |
| 06/21/2010 | 4 PJF | | 125 | 39 | 340.00 | 0.75 | 0.75 | 255.00 | Work on disclosure statement. |
| 06/23/2010 | 4 PJF | | 125 | 40 | 340.00 | 0.75 | 0.75 | 255.00 | Work on disclosure statement. |
| 06/26/2010 | 4 PJF | | 125 | 49 | 340.00 | 1.45 | 1.45 | 493.00 | Work on plan and disclosure statement. |
| 06/27/2010 | 4 PJF | | 125 | 52 | 340.00 | 2.30 | 2.30 | 782.00 | Work on plan and disclosure statement; prepare e-mail to Maderosian. |
| 06/28/2010 | 4 PJF | | 134 | 53 | 340.00 | 2.75 | 2.75 | 935.00 | Receive, review and respond to two e-mails with Maderosian; work on plan. |
| 06/29/2010 | 4 PJF | | 118 | 54 | 340.00 | 4.75 | 4.75 | 1,615.00 | Emails with Maderosian three times; continue draft of plan/disclosure; draft Motion to File Consolidated Plan, Discovery and Memorandum in Support of; emails to client re: draft documents. |
| 06/30/2010 | 4 PJF | | 110 | 55 | 340.00 | 2.90 | 2.90 | 986.00 | Prepare and review several emails with client and Maderosian re: plan; several edits. |
| 07/01/2010 | 4 PJF | | 110 | 144 | 340.00 | 0.00 | 0.00 | 0.00 | Serve Plan and email to client and George; review drafts. |
| 07/02/2010 | 4 PJF | | 118 | 145 | 340.00 | 0.20 | 0.20 | 68.00 | Review Notice of Hearing on Consolidation; email client re: same. |
| 07/06/2010 | 4 PJF | | 100 | 62 | 340.00 | 0.20 | 0.20 | 68.00 | Attend to Pelote re: continuance. |
| 07/06/2010 | 4 PJF | | 100 | 146 | 340.00 | 0.35 | 0.35 | 119.00 | Email client and George re: status; review dockets. |
| 07/07/2010 | 4 PJF | | 100 | 147 | 340.00 | 0.20 | 0.20 | 68.00 | Emails with Pelote re: continuance. |
| 07/08/2010 | 4 PJF | | 121 | 148 | 340.00 | 0.75 | 0.75 | 255.00 | Telephone call to Pelote re: Motion to Continue Consent; review Order re: Motion to Continue and Motion filed by Pelote; review Motion of status hearing; email client re: same. |
| 07/09/2010 | 4 PJF | | 121 | 149 | 340.00 | 1.25 | 1.25 | 425.00 | Telephone call to US Trustee re: Plan Objections and Review Objections; work on plan and disclosure statement. |
| 07/12/2010 | 4 PJF | | 118 | 150 | 340.00 | 1.25 | 1.25 | 425.00 | Review Rockland POC; review Objection of US Trustees; telephone call with US Trustee re: Status; work on Plan Amendments; email client re: same. |
| 07/13/2010 | 4 PJF | | 118 | 151 | 340.00 | 1.00 | 1.00 | 340.00 | Review POC of Rockland and exhibits; work on plan edits and research; confer with KDD re: MOR and review her email. |
| 07/14/2010 | 4 PJF | | 118 | 152 | 340.00 | 0.85 | 0.85 | 289.00 | Review MOR; emails with Maderosian twice re: Plan and POC; email clients re: rent and plan; work on Amended Discovery. |
| 07/15/2010 | 4 PJF | | 118 | 153 | 340.00 | 0.45 | 0.45 | 153.00 | Review June MOR and emails with Trustee re: same; emails with Maderosian. |
| 07/16/2010 | 4 PJF | | 100 | 154 | 340.00 | 0.45 | 0.45 | 153.00 | Attend to emails with client re: Plan twice; emails with Maderosian. |
| 07/19/2010 | 4 PJF | | 100 | 155 | 340.00 | 0.80 | 0.80 | 272.00 | Edits to Plan and Disclosure Statement; telephone call to Pelote re: 105 hearing and status; email to clients. |
| 07/19/2010 | 4 PJF | | 100 | 156 | 340.00 | 0.60 | 0.60 | 204.00 | Emails to clients on several issues; edit Plan and email to client and George. |
| 07/21/2010 | 4 PJF | | 100 | 157 | 340.00 | 0.40 | 0.40 | 136.00 | Emails with US Trustee; emails with Maderosian. |
| 07/22/2010 | 4 PJF | | 100 | 158 | 340.00 | 1.70 | 1.70 | 578.00 | Five emails with Maderosian re: Plan issues and Amendments; emails to George and client re: same. |
| 07/23/2010 | 4 PJF | | 100 | 159 | 340.00 | 1.10 | 1.10 | 374.00 | Emails with George re: Plan; edits and confer with KDD re: file and service; emails with Nappa; confer with KDD re: service of Amended Plan. |
| 07/23/2010 | 4 PJF | | 100 | 160 | 340.00 | 1.10 | 1.10 | 374.00 | Several emails with George re: Plan; edits and confer with KDD re file and service; emails with Nappa; confer with KDD re: service of Amended Plan. |
| 07/26/2010 | 4 PJF | | 100 | 161 | 340.00 | 0.95 | 0.95 | 323.00 | Emails with US Trustee three times re: Amended Plan; confer with KDD re: tracking changes and review of same. |
| 07/30/2010 | 4 PJF | | 118 | 162 | 340.00 | 0.90 | 0.90 | 306.00 | Review Plan Objection, Motion for Relief, exhibits and memo; emails with client. |
| 07/31/2010 | 4 PJF | | 100 | 163 | 340.00 | 0.20 | 0.20 | 68.00 | Emails with Maderosian re: meeting. |
| 08/02/2010 | 4 PJF | | 270 | 164 | 340.00 | 0.25 | 0.25 | 85.00 | Exchange e-mails with Maderosian re: objection to plan and motion for relief. |
| 08/03/2010 | 4 PJF | | 110 | 168 | 340.00 | 0.45 | 0.45 | 153.00 | Prepare e-mail to Pelote re: objections and review his objections. |
| 08/04/2010 | 4 PJF | | 110 | 169 | 340.00 | 0.70 | 0.70 | 238.00 | Prepare e-mails to Maderosian; work on plan and send e-mail to Pelote. |
| 08/12/2010 | 4 PJF | | 100 | 166 | 340.00 | 1.10 | 1.10 | 374.00 | Emails with Marderosian; telephone call to Pelote's office twice re: proposed change to Plan; email Pelote re: Stay against Nappa; edit Plan; email same and confer with KDD re: filing Plan. |
| 08/13/2010 | 4 PJF | | 118 | 167 | 340.00 | 1.00 | 1.00 | 340.00 | Review two notices re: CA 11 Plan related to dates and documents; email clients re: same; email to Pelote re: Withdrawal of Objection; emails with Maderosian re: guarantee forebearance; email with Pelote re: same; email client re: plan payments. |
| Billable Total: | | | 4 PJF | | | 80.00 | 80.00 | 27,200.00 | |
| 03/29/2010 | 5 KDD | | 106 | 77 | 95.00 | 0.10 | 0.10 | 9.50 | Draft email to S. Nappa re: schedules; |
| 03/30/2010 | 5 KDD | | 106 | 78 | 95.00 | 1.00 | 1.00 | 95.00 | Draft Consent of Members and Certificate of Corporate Resolution; Draft email to PJF re: same; Review email from G. Mardersian re: filing; Review email to R. Pelote re: filing and foreclosure; Review and revise Consent of Members; Open Chapter 11 file in system and enter preliminary information; Review email from PJF re: matrix; |

Table Detail Work-In-Process Report
Sinapi, Formisano & Company, Ltd.

Primary Attorney: 4 Peter J. Furness

Client: 4574.02A Nappa Realty, LLC (Continued)

| Date | Atty | TX | Tcode | Ref # | Rate | Hours Worked | Hours to Bill | Amount | Description |
|---|---|---|---|---|---|---|---|---|---|
| 03/31/2010 | 5 KDD | | 118 | 79 | 95.00 | 1.50 | 1.50 | 142.50 | Review fax from G. Mardersian re: schedules; Update/draft schedules; Review filing fees; Draft email to G. Mardersian re: same; Draft email to PJF re: EI No.; Review and revise Debtor's Application for Authority to Employ Counsel and Affidavit of PJF; Revise Schedules and draft email to PJF re: same; Review and revise application and affidavit; |
| 04/01/2010 | 5 KDD | | 101 | 80 | 95.00 | 1.00 | 1.00 | 95.00 | Attendance at meeting with S. Nappa; Draft bk fee agreement; Review and revise same; Draft email to S. Nappa re: fee agreement; |
| 04/01/2010 | 5 KDD | | 106 | 121 | 95.00 | 1.50 | 1.50 | 142.50 | Draft, prepare and file Schedules, Consent of Members, Certificate of Corporate Resolution and Creditor Matrix; Meeting with S. Nappa re: filing; |
| 04/02/2010 | 5 KDD | | 118 | 122 | 95.00 | 0.50 | 0.50 | 47.50 | Review emails from Court re: missing documents; Prepare and file 7 day Notice documents; Draft email to S. Nappa re: missing information; |
| 04/06/2010 | 5 KDD | | 118 | 123 | 95.00 | 0.50 | 0.50 | 47.50 | Review email from S. Nappa re: Fee Agreement; Telephone call from Russ at Nappa Realty re: missing information; Draft email to same re: same; Review emails from Russ re: documents; |
| 04/07/2010 | 5 KDD | | 118 | 124 | 95.00 | 0.70 | 0.70 | 66.50 | Review email from D. Quinn re: documents and forward same to Russ at Nappa; Confer with PJF re: Trustee, meeting and documents needed; Draft email re: Proof of Insurance; Telephone call from Russ re: Schedule B, Statement of Affairs, Trustee documents and Declarations; |
| 04/08/2010 | 5 KDD | | 118 | 125 | 95.00 | 0.40 | 0.40 | 38.00 | Review emails from S. Nappa re: deposit and documents; Confer with PJF re: same; |
| 04/12/2010 | 5 KDD | | 106 | 126 | 95.00 | 0.75 | 0.75 | 71.25 | Draft email to R. Golden re: Schedule B and SoA; Telephone call from R. Golden re: banks and documents; Confer with PJF re: banks listed; Draft email to R. Golden re: same; Prepare documents for inital debtor meeting tomorrow morning; Draft email to S. Nappa re: confirmation of same; |
| 04/13/2010 | 5 KDD | | 103 | 127 | 95.00 | 0.50 | 0.50 | 47.50 | Confer with PJF re: initial meeting and documents required; Review email from Court re: Corporate Ownership Statement; Draft Corporate Ownership Statement; |
| 04/14/2010 | 5 KDD | | 120 | 128 | 95.00 | 0.20 | 0.20 | 19.00 | Telephone call from Russ re: case number for debtor account; |
| 04/15/2010 | 5 KDD | | 120 | 129 | 95.00 | 0.20 | 0.20 | 19.00 | Telephone call from Russ re: Questionnaire; Draft email to same re: same; |
| 04/20/2010 | 5 KDD | | 103 | 130 | 95.00 | 0.50 | 0.50 | 47.50 | Confer with PJF re: documents dropped off from clients; Draft email to S. Nappa and Russ re: Questionnaire; Draft email to PJF re: check and proof of insurance; |
| 04/26/2010 | 5 KDD | | 106 | 131 | 95.00 | 0.10 | 0.10 | 9.50 | Draft email to S. Nappa and Russ re: questionnaire and mor's; |
| 04/27/2010 | 5 KDD | | 118 | 132 | 95.00 | 0.20 | 0.20 | 19.00 | Review email from Russ re: report date; |
| 04/29/2010 | 5 KDD | | 106 | 133 | 95.00 | 0.30 | 0.30 | 28.50 | Draft email to Russ and S. Nappa re: Questionnaire; Review email from Russ re: MOR and Questionnaire; |
| 05/10/2010 | 5 KDD | | 103 | 134 | 95.00 | 0.20 | 0.20 | 19.00 | Confer with PJF re: Questionnaire and MOR; 341 meeting tomorrow; |
| 05/10/2010 | 5 KDD | | 103 | 135 | 95.00 | 0.40 | 0.40 | 38.00 | Confer with PJF re: meeting tomorrow; Draft email to S. Nappa re: MOR, Questionnaire and meeting;l |
| 05/11/2010 | 5 KDD | | 120 | 136 | 95.00 | 0.75 | 0.75 | 71.25 | Telephone call from Russ re: Questionnaire; Telephone call and email to S. Nappa re: 341 meeting; Confer with PJF re: building and meeting; |
| 05/17/2010 | 5 KDD | | 118 | 137 | 95.00 | 0.20 | 0.20 | 19.00 | Review email from Russ re: MOR; Draft email to PJF re: same; |
| 05/18/2010 | 5 KDD | | 103 | 138 | 95.00 | 0.30 | 0.30 | 28.50 | Confer with PJF re: Questionnaire and MOR; Draft response email to Russ re: same; |
| 05/24/2010 | 5 KDD | | 118 | 139 | 95.00 | 0.30 | 0.30 | 28.50 | Review email re: MOR's, draft email to PJF re: same; Draft email to Russ and S. Nappa re: MOR's; |
| 05/25/2010 | 5 KDD | | 106 | 140 | 95.00 | 0.30 | 0.30 | 28.50 | Draft email to S. Nappa re: MOR's; Review email from Russ re; MOR's and draft response to same; |
| 05/27/2010 | 5 KDD | | 106 | 141 | 95.00 | 0.20 | 0.20 | 19.00 | Draft emails to Russ re: MOR's; |
| 05/28/2010 | 5 KDD | | 118 | 142 | 95.00 | 0.50 | 0.50 | 47.50 | Review MOR's; Review fax MOR; Draft email to Russ re: signature and April report; |
| 06/01/2010 | 5 KDD | | 118 | 56 | 95.00 | 0.60 | 0.60 | 57.00 | Review email from D. Quinn re: MOR's; Confer with PJF re: same; Review fax from Russ re: May MOR; Draft email to D. Quinn re: May MOR; Review email from D. Quinn re: April MOR; Confer with PJF; Prepare Amended April MOR; Draft emails to D. Quinn and R. Pelote re: same; Prepare file for 105 hearing tomorrow; |
| 06/03/2010 | 5 KDD | | 118 | 57 | 95.00 | 0.75 | 0.75 | 71.25 | Review and research Motion to Use Cash Collateral; Confer with PJF re: same; Confer with PJF re: Rockland Trust; Review claims register and docket re: Rockland Trust; |
| 06/04/2010 | 5 KDD | | 119 | 58 | 95.00 | 2.00 | 2.00 | 190.00 | Review and revise Motion and Memorandum of Law re: cash collateral; Draft Order re: same; |
| 06/07/2010 | 5 KDD | | 118 | 59 | 95.00 | 0.20 | 0.20 | 19.00 | Review email from S. Nappa re: documents; Confer with PJF re: Motion; |
| 06/11/2010 | 5 KDD | | 119 | 29 | 95.00 | 0.50 | 0.50 | 47.50 | Review and revise Motion, Memo and Order; Draft email to PJF re: same; |
| 06/16/2010 | 5 KDD | | 103 | 33 | 95.00 | 0.50 | 0.50 | 47.50 | Confer with PJF re: documents; Draft email to Russ and S. Nappa re: same; Review email from R. Pelote re: Motion; |
| 06/21/2010 | 5 KDD | | 118 | 37 | 95.00 | 0.75 | 0.75 | 71.25 | Review Chapter 11 Plans; Confer with PJF re: same; Review Plan Checklist; |
| 06/28/2010 | 5 KDD | | 103 | 41 | 95.00 | 0.20 | 0.20 | 19.00 | Confer with PJF re: plan; |
| 06/29/2010 | 5 KDD | | 119 | 46 | 95.00 | 7.00 | 7.00 | 665.00 | Review and revise Plan, Disclosure Statement, Motion and Memorandum; Draft email to PJF re: Motion and Memo; |
| 06/30/2010 | 5 KDD | | 119 | 47 | 95.00 | 5.00 | 5.00 | 475.00 | Review and revise Plan and Motion; Confer with PJF re: same; Draft email to S. Nappa and G. Maderisian re: Plan; Telephone call to S. Nappa and R. Golden re: Plan; |
| 07/06/2010 | 5 KDD | | 118 | 48 | 95.00 | 0.50 | 0.50 | 47.50 | Review email from R. Pelote re: hearing; Review Court filings and confer with PJF re: same; Confer with PJF re: hearing; Draft email to R. Pelote re: same; |
| 07/12/2010 | 5 KDD | | 118 | 60 | 95.00 | 0.30 | 0.30 | 28.50 | Review Objection filed by US Trustee; Confer with PJF re: Objection and Motion to Continue; |
| 07/13/2010 | 5 KDD | | 106 | 61 | 95.00 | 0.50 | 0.50 | 47.50 | Draft email to R. Golden re: MOR; Review MOR; Draft email to same re: signature; |
| 07/19/2010 | 5 KDD | | 118 | 63 | 95.00 | 0.30 | 0.30 | 28.50 | Review email from PJF re: hearing; Review docket and draft email to PJF and R. Pelote re: hearing date; |
| 07/20/2010 | 5 KDD | | 118 | 64 | 95.00 | 0.50 | 0.50 | 47.50 | Review Plan and draft email to PJF; |
| 07/23/2010 | 5 KDD | | 119 | 65 | 95.00 | 0.50 | 0.50 | 47.50 | Review and revise Plan and confer with PJF re: same; |
| 07/26/2010 | 5 KDD | | 118 | 66 | 95.00 | 0.80 | 0.80 | 76.00 | Review email from PJF re: filing and changes; Review email from S. Nicholas; Draft response to PJF; Review Plan and mark changes to same; |
| 07/30/2010 | 5 KDD | | 118 | 67 | 95.00 | 0.50 | 0.50 | 47.50 | Review Motion for Relief and Exhibits; Review Objection and confer with PJF re: same; Review emails re: Motion and Objection; Draft email to S. Nappa and George re: Motion and Objections; |
| 08/10/2010 | 5 KDD | | 103 | 68 | 95.00 | 1.00 | 1.00 | 95.00 | Confer with PJF re: hearing and status of MOR; Review and revise 2nd Amended Plan; Prepare and file 2nd Amended Plan; |

Date: 08/27/2010    Case 1:10-bk-11413    Doc 63    Table Detail Work-In-Process Report    Filed 08/27/10 Entered 09/27/10 15:15:24    Desc Main    Page: 4
Sinapi, Formisano & Company, Ltd.
Document    Page 4 of 4

Primary Attorney: 4 Peter J. Furness

Client: 4574.02A Nappa Realty, LLC *(Continued)*

| Date | Atty | TX | Tcode | Ref # | Rate | Hours Worked | Hours to Bill | Amount | Description |
|---|---|---|---|---|---|---|---|---|---|
| 08/11/2010 | 5 KDD | | 119 | 69 | 95.00 | 1.00 | 1.00 | 95.00 | Review and revise Plan; Confer with PJF re: hearing and Plan; |
| 08/13/2010 | 5 KDD | | 119 | 70 | 95.00 | 0.50 | 0.50 | 47.50 | Review and revise Plan and prepare and file same; |
| 08/18/2010 | 5 KDD | | 118 | 71 | 95.00 | 0.50 | 0.50 | 47.50 | Review Court Order granting Motion for Relief from Stay; Confer with PJF re: same; Draft Stipulation; Review and revise same; |
| 08/19/2010 | 5 KDD | | 118 | 72 | 95.00 | 0.30 | 0.30 | 28.50 | Review emails re: Stipulation; Review Court filings; Confer with PJF re: same; |
| 08/25/2010 | 5 KDD | | 103 | 74 | 95.00 | 1.00 | 1.00 | 95.00 | Confer with SPM re: Ballots, Applications and Certificate of Service; |
| 08/26/2010 | 5 KDD | | 110 | 76 | 95.00 | 1.00 | 1.00 | 95.00 | Prepare Ballots and Certification of Service; Review WIP and confer with PJF and FPS re: entries; |
| Billable Total: | | | 5 KDD | | | 39.80 | 39.80 | 3,781.00 | |
| 08/20/2010 | 9 SPM | | 103 | 73 | 150.00 | 0.20 | 0.20 | 30.00 | Confer with PJF re: notice, ballot, timetable, etc. |
| 08/25/2010 | 9 SPM | | 103 | 75 | 150.00 | 2.50 | 2.50 | 375.00 | Confer with KDD re: ballots/worksheet/fee application order/disclosure statement; draft fee application; telephone call to clerk C. Sweeney. |
| Billable Total: | | | 9 SPM | | | 2.70 | 2.70 | 405.00 | |
| **Total Billable Fees** | | | | | | 122.50 | 122.50 | 31,386.00 | |

**Expenses**

| Date | Atty | | Tcode | Ref # | Rate | | | Amount | Description |
|---|---|---|---|---|---|---|---|---|---|
| 06/17/2010 | 4 PJF | | 202 | 5 | | | | 0.44 | Postage |
| 07/14/2010 | 4 PJF | | 202 | 8 | | | | 0.78 | Postage |
| Billable Total: | | | Tcode 202 Postage | | | | | 1.22 | |
| 04/16/2010 | 4 PJF | | 203 | 9 | 0.200 | | | 0.20 | Photocopies |
| 06/17/2010 | 4 PJF | | 203 | 4 | 0.200 | | | 1.00 | Photocopies |
| 07/14/2010 | 4 PJF | | 203 | 7 | 0.200 | | | 2.40 | Photocopies |
| Billable Total: | | | Tcode 203 Photocopies | | | | | 3.60 | |
| 04/14/2010 | 4 PJF | | 211 | 10 | | | | 2.00 | Parking (99) Peter J. Furness |
| 06/02/2010 | 4 PJF | | 211 | 6 | | | | 5.00 | Parking (99) Peter J. Furness |
| Billable Total: | | | Tcode 211 Parking | | | | | 7.00 | |
| 04/01/2010 | 4 PJF | | 216 | 11 | | | | 1,039.00 | Filing fee (114) BUSINESS CARD |
| Billable Total: | | | Tcode 216 Filing fee | | | | | 1,039.00 | |
| **Total Billable Expenses** | | | | | | | | 1,050.82 | |

**Payments**

| Date | | | Tcode | Ref # | | | | Amount | Description |
|---|---|---|---|---|---|---|---|---|---|
| 04/09/2010 | | | 301 | 1 | | | | -3,000.00 | Fee payment - thank you. |
| **Total Billable Payments** | | | | | | | | -3,000.00 | |

### RECAP

| | | | | | |
|---|---|---|---|---|---|
| Fees: | 31,386.00 | | | | |
| Expenses: | 1,050.82 | Previous Balance: | 0.00 | | |
| Advances: | 0.00 | Payments/Credits: | -3,000.00 | | |
| Total WIP: | 32,436.82 | Balance Due: | -3,000.00 | Total: | 29,436.82 |

| A/R: | 0-30 | 31-60 | 61-90 | 91-120 | 121-180 | 181+ |
|---|---|---|---|---|---|---|
| | -3,000.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |

Trust Account Information:    Your trust account #2 balance is:    4,039.00