R.I. Bankr. Form I
See R.I. LBRs 3018-1 and 3020-1

UNITED STATES BANKRUPTCY COURT
DISTRICT OF RHODE ISLAND

IN RE: Nappa Realty, LLC

BK No. 10-11413

Debtor(s)

**REPORT ON BALLOTS**
**CHAPTER 11 PLAN**

CREDITORS

| CLASS OF CREDITORS | | | BALLOTS VOTING YES | | | NO |
|---|---|---|---|---|---|---|
| Class NUMBER | DESCRIPTION | QUANTITY | DOLLAR VALUE | QUANTITY | DOLLAR VALUE | *** | QUANTITY |
| I. | Rockland Trust Company | 1 | $330,000.00 | 1 | $330,000.00 | | |
| II. | Providence Economic Development | 1 | $240,000.00 | 1 | $240,000.00 | | |
| III. | General Unsecured | 4 | $2,528.26 | 0 | $2,528.26 | | |
| IV. | Steven Nappa | 1 | - | 1 | - | | |
| V. | | | | | | | |
| VI. | | | | | | | |
| VII. | | | | | | | |

*** Ballots voting YES represent at least one-half (1/2) in quantity and more than two-thirds (2/3) in dollar value of the allowed claims voting in this Class. Check the above box (***) if this applies.

Use additional sheet if necessary.  Complete the Form for as many Classes as appropriate.
**PAGE TWO OF REPORT ON BALLOTS:**

IN RE: Nappa Realty, LLC         )
                                 )    BK No. 10-11413
                                 )
         Debtor(s)               )
                                 )

List separately any ballots filed after the ballot deadline showing the same information as above.

Nappa Realty, LLC

(Debtor's Name)

/s/ Peter J. Furness
_____
(Attorney's Name)
State Bar No. 3608
(Address)  100 Midway Place, Suite 1
(TEL:)     Cranston, RI 02920
(FAX:)     (401) 944-9690
Dated:     (401) 943-9040
           September 30, 2010