**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF RHODE ISLAND**

---

In Re: Nappa Realty, LLC     BK No. 1:10–bk–11413

Debtor(s)     Chapter 11

---

### NOTICE OF CONTINUED HEARING

***PLEASE TAKE NOTICE*** that the hearing on the following matter has been continued. For the new hearing date, see below:

Hearing rescheduled for 10/20/2010 at 10:00 AM at 6th Floor Courtroom.

RE: [55] Interim Compensation filed by Debtor Nappa Realty, LLC

It is recommended that counsel utilize courtroom technology. If familiarization in use of the document camera and/or touch screens is required, please plan on arriving twenty minutes in advance of the hearing and meet with the Court Recorder for training.

/s/ Susan M. Thurston
Clerk, U.S. Bankruptcy Court

Date: **9/28/10**

Entered on Docket: **9/28/10**
Document Number: **67 – 55**

504.jsp

---

*The Federal Center · 380 Westminster Street, 6th Floor · Providence, RI 02903 · Tel: (401) 626–3100*

*Website: www.rib.uscourts.gov*