*UNITED STATES BANKRUPTCY COURT*
*DISTRICT OF RHODE ISLAND*

---

In Re: Nappa Realty, LLC               BK No. 1:10–bk–11413

Debtor(s)                              Chapter 11

---

### NOTICE OF CONTINUED HEARING

**PLEASE TAKE NOTICE** that the hearing on the following matter has been continued. For the new hearing date, see below:

Hearing rescheduled for 10/20/2010 at 10:00 AM at 6th Floor Courtroom.

RE: [55] Interim Compensation filed by Debtor Nappa Realty, LLC

It is recommended that counsel utilize courtroom technology. If familiarization in use of the document camera and/or touch screens is required, please plan on arriving twenty minutes in advance of the hearing and meet with the Court Recorder for training.

/s/ Susan M. Thurston
Clerk, U.S. Bankruptcy Court

Date: **9/28/10**

Entered on Docket: **9/28/10**
Document Number: **67 – 55**

504.jsp

---

*The Federal Center · 380 Westminster Street, 6th Floor · Providence, RI 02903 · Tel: (401) 626–3100*

*Website: www.rib.uscourts.gov*

# CERTIFICATE OF NOTICE

```
District/off: 0103-1          User: crpamr                 Page 1 of 1                  Date Rcvd: Sep 28, 2010
Case: 10-11413                Form ID: 504                 Total Noticed: 15

The following entities were noticed by first class mail on Sep 30, 2010.
db           +Nappa Realty, LLC,   469 Washington Street,   Providence, RI 02903-3511
intp        ++INTERNAL REVENUE SERVICE,   CENTRALIZED INSOLVENCY OPERATIONS,   PO BOX 21126,
               PHILADELPHIA PA 19114-0326
             (address filed with court:   Internal Revenue Service Insolvency Unit,   4th Floor,
               380 Westminster Street,   Providence, RI  02903)
intp         State of RI - Division of Taxation,   RI Division of Taxation,   Bankruptcy Unit,
               One Capitol Hill,   Providence, RI  02908-5800
intp         +State of RI - Labor and Training,   Legal Department,   Bldg 72 3rd Floor,   1511 Pontiac Avenue,
               Cranston, RI 02920-4407
943781735    +City of Providence,   Tax Assessor,   25 Dorrance Street, Unit 1,   Providence, RI 02903-1738
943781737    +National Grid-Electric,   P.O. Box 1049,   Woburn, MA 01807-1049
943781739    +Providence Economic Development,   Department of Planning & Development,   400 Westminster Street,
               Providence, RI 02903-3222
943781740    +Providence Water Supply Board,   552 Academy Ave,   Providence, RI 02908-2792
943785722    +R.I. Division of Taxation,   1 Capitol Hill,   Providence, RI 02908-5800
943781741    +Rockland Trust,   c/o Raymond Pelote, Esq.,   90 New State Hwy,   Raynam, MA 02767-1433
943818830    +Rockland Trust Company successor in interest to Sl,   c/o Wynn & Wynn, P.C.,
               90 New State Highway,   Raynham, MA 02767-1433
943781742    +Steven M. Nappa,   469 Washington Street,   Providence, RI 02903-3511
The following entities were noticed by electronic transmission on Sep 28, 2010.
943781736    +E-mail/Text: LTORTOLANI@narrabay.com                            Narragansett Bay Commission,
               One Service Road,   Providence, RI 02905-5505
943794923    +E-mail/Text: apbankruptcy@us.ngrid.com                          National Grid,
               300 Erie Blvd. West,   Syracuse, NY 13202-4250
943781738    +E-mail/Text: apbankruptcy@us.ngrid.com                          National Grid-Gas,
               P.O. Box 1048,   Woburn, MA 01807-1048
                                                                                              TOTAL: 3

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr*          +Rockland Trust Company successor in interest to Sl,   c/o Wynn & Wynn, P.C.,
               90 New State Highway,   Raynham, MA 02767-1433
                                                                                              TOTALS: 0, * 1, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Sep 30, 2010**              **Signature:**  _Joseph Speetjens_