

## Checking Account Summary

>> Close Window | >> Print Window

**Account Number:** 10022403652         **Current Date:** 10/13/2010

### Summary Information

| | | | |
|---|---|---|---|
| Available Balance | $3,550.57 | Ledger Balance | $3,550.57 |
| Today's Deposits | $0.00 | Ledger Balance as of | 10/12/2010 |
| Today's Withdrawals | $0.00 | Last Deposit | $3,500.00 |
| Interest Accrued This Statement | $0.00 | Last Deposit on | 10/07/2010 |
| Interest Paid YTD | $0.00 | Balance Last Statement | $50.57 |
| Interest Paid Last Year | $0.00 | Last Statement Date | 09/30/2010 |
| Overdraft Authorization = Active | | Next Statement Date | 10/30/2010 |

### Posted Activity

| Date | Activity Description | Deposits | Withdrawals | Balance |
|---|---|---|---|---|
| 10/07/2010 | RETI. ITNET TFR FROM CKG #17600118289 | $3,500.00 | | $3,550.57 |