UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF RHODE ISLAND

R.I. Bankr. Form K.1
*See* R.I. LBR 3020-1

In re:  Nappa Realty, LLC

BK No. 10-11413
Chapter 11

Debtor(s)

**PROPOSED ORDER
OF DISTRIBUTION**

Proposed Distribution Schedule

### A. Secured Claims

| Name & Address of claimant | Amount To Be Allowed/ Agrees with claims register and/or Schedules Y/N | (%) Total Amt. to be paid | Amount Paid at Confirmation or Such Other Date as Specified in Plan | Amt/(#) remaining Payments |
|---|---|---|---|---|
| Class One — Rockland Trust Company c/o Raymond Peolte, Esq. | $300,000 | 100% | | 9 payments of $1500.00 and a ballon payment $0.00 |
| Class Two — Providence Economic Development c/o Josh Teverow, Esq. | $240,000 | 100% | $0.00 | |

### B. Priority Unsecured Claims

| Name & Address of claimant | Amount To Be Allowed/ Agrees with claims register and/or Schedules Y/N | (%) Total Amt. to be paid | Amount Paid at Confirmation or Such Other Date as Specified in Plan | Amt/(#) remaining Payments |
|---|---|---|---|---|
| City of Providence | $4351.36 | 100% | | $4351.36 |
| Rhode Island Division of Tax | $2500.00 | 100% | | $2500.00 |

### C. General Unsecured Claims

| Name & Address of claimant | Amount To Be Allowed/ Agrees with claims register and/or Schedules Y/N | (%) Total Amt. to be paid | Amount Paid at Confirmation or Such Other Date as Specified in Plan | Amt/(#) remaining Payments |
|---|---|---|---|---|
| Class Three | | | | |
| National Grid -Gas | $1325.79 | 100% | 100% on Effective Date | 0.00 |
| Narragansett Bay | $594.55 | 100% | | 0.00 |
| Providence Water | $369.12 | 100% | | 0.00 |

**PAGE 2     PROPOSED ORDER OF DISTRIBUTION**

**D.   Equity Interest Holders**

| Name & Address of claimant | Amount To Be Allowed/ Agrees with claims register and/or Schedules Y/N | (%) Total Amt. to be paid | Amount Paid at Confirmation or Such Other Date as Specified in Plan | Amt/(#) remaining Payments |
|---|---|---|---|---|
| Class Four | | | | |
| Steven Nappa | 0.00 | N/A | N/A | N/A |

**E.   Administrative Claims**

| Name & Address of claimant | Amount To Be Allowed/ Agrees with claims register and/or Schedules Y/N | (%) Total Amt. to be paid | Amount Paid at Confirmation or Such Other Date as Specified in Plan | Amt/(#) remaining Payments |
|---|---|---|---|---|

**F.   Other (name type of claim)**

| Name & Address of claimant | Amount To Be Allowed/ Agrees with claims register and/or Schedules Y/N | (%) Total Amt. to be paid | Amount Paid at Confirmation or Such Other Date as Specified in Plan | Amt/(#) remaining Payments |
|---|---|---|---|---|
| US Trustee's Office Sinapi Formisano & Co., Ltd | $350.00 | 100% | On Effective Date By Agreement with Security | |

Date: October 13, 2010

/s/ Peter J. Furness
Counsel to the Debtor
Address:  100 Midway Place, Suite 1
          Cranston, RI 02920
Telephone Number: (401) 944-9690
Bar Code Number: 3608