**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF RHODE ISLAND**

In Re: Nappa Realty, LLC

Debtor(s)

BK No. 1:10–bk–11413

Chapter 11

### ORDER ALLOWING INTERIM COMPENSATION ON ACCOUNT
*Re: Application for Compensation , filed by Peter J. Furness, Attorney for Debtor*

The request for interim compensation by Peter J. Furness in the capacity of Attorney for Debtor, for fees in the amount of $ 31,386.00 and expenses in the amount of 1050.82 of for the time period of 3/20/10 to 9/30/10 is:

**GRANTED** in the amount of $ 31,386.00 in fees and in the amount of $ 1050.82 in expenses. This award is on account and will be reconsidered when final applications are ruled on by the court.

Any compensation and/or expenses requested in the interim application which were not allowed, should be requested again in the final fee application at the end of the case.

*So Ordered:*

/s/ Arthur N. Votolato
U.S. Bankruptcy Court Judge

Date: **10/20/10**

Entered on Docket: **10/20/10**
Document Number: **73 – 55**

oallowintcomp.jsp #146