*UNITED STATES BANKRUPTCY COURT*
*DISTRICT OF RHODE ISLAND*

---

In Re: Nappa Realty, LLC

Debtor(s)

BK No. 1:10–bk–11413

Chapter 11

---

### ORDER ALLOWING INTERIM COMPENSATION ON ACCOUNT
*Re: Application for Compensation , filed by Peter J. Furness, Attorney for Debtor*

The request for interim compensation by Peter J. Furness in the capacity of Attorney for Debtor, for fees in the amount of $ 31,386.00 and expenses in the amount of 1050.82 of for the time period of 3/20/10 to 9/30/10 is:

**GRANTED** in the amount of $ 31,386.00 in fees and in the amount of $ 1050.82 in expenses. This award is on account and will be reconsidered when final applications are ruled on by the court.

Any compensation and/or expenses requested in the interim application which were not allowed, should be requested again in the final fee application at the end of the case.

*So Ordered:*

/s/ Arthur N. Votolato
U.S. Bankruptcy Court Judge

Date: **10/20/10**

Entered on Docket: **10/20/10**
Document Number: **73 – 55**

oallowintcomp.jsp #146

---

*The Federal Center · 380 Westminster Street, 6th Floor · Providence, RI 02903 · Tel: (401) 626–3100*

*Website: www.rib.uscourts.gov*

# CERTIFICATE OF NOTICE

```
District/off: 0103-1           User: Holly              Page 1 of 1              Date Rcvd: Oct 20, 2010
Case: 10-11413                 Form ID: 146             Total Noticed: 5

The following entities were noticed by first class mail on Oct 22, 2010.
db          +Nappa Realty, LLC,    469 Washington Street,    Providence, RI 02903-3511
intp       ++INTERNAL REVENUE SERVICE,    CENTRALIZED INSOLVENCY OPERATIONS,    PO BOX 21126,
              PHILADELPHIA PA 19114-0326
             (address filed with court:   Internal Revenue Service Insolvency Unit,    4th Floor,
              380 Westminster Street,    Providence, RI  02903)
cr          +Rockland Trust Company successor in interest to Sl,    c/o Wynn & Wynn, P.C.,
              90 New State Highway,    Raynham, MA 02767-1433
intp         State of RI - Division of Taxation,    RI Division of Taxation,    Bankruptcy Unit,
              One Capitol Hill,    Providence, RI  02908-5800
intp        +State of RI - Labor and Training,    Legal Department,    Bldg 72 3rd Floor,    1511 Pontiac Avenue,
              Cranston, RI 02920-4407

The following entities were noticed by electronic transmission.
NONE.                                                                                                TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Oct 22, 2010**              **Signature:**    _Joseph Speetjens_