UNITED STATES BANKRUPTCY COURT  
FOR THE DISTRICT OF RHODE ISLAND  
- - - - - - - - - - - - - - - - *  
In re: Nappa Realty, LLC :

        Debtor(s) :

                            :  
- - - - - - - - - - - - - - - *

R.I. Bankr. Form K.1  
*See* R.I. LBR 3020-1

BK No. 10-11413  
Chapter 11

**PROPOSED ORDER OF DISTRIBUTION**

Proposed Distribution Schedule

**A. Secured Claims**

| Name & Address of claimant | Amount To Be Allowed/ Agrees with claims register and/or Schedules Y/N | (%) Total Amt. to be paid | Amount Paid at Confirmation or Such Other Date as Specified in Plan | Amt/(#) remaining Payments |
|---|---|---|---|---|
| Class One<br>Class Two<br>Rockland Trust Company<br>c/o Raymond Peolte, Esq. | $300,000 | 100% | | 9 payments of $1500.00 and a balloon payment $0.00 |
| Providence Economic Development<br>c/o Josh Teverow, Esq. $240,000 | | 100% | $0.00 | |

**B. Priority Unsecured Claims**

| Name & Address of claimant | Amount To Be Allowed/ Agrees with claims register and/or Schedules Y/N | (%) Total Amt. to be paid | Amount Paid at Confirmation or Such Other Date as Specified in Plan | Amt/(#) remaining Payments |
|---|---|---|---|---|
| City of Providence | $4351.36 | 100% | | $4351.36 |
| Rhode Island Division of Tax | $2500.00 | 100% | | $2500.00 |

**C. General Unsecured Claims**

| Name & Address of claimant | Amount To Be Allowed/ Agrees with claims register and/or Schedules Y/N | (%) Total Amt. to be paid | Amount Paid at Confirmation or Such Other Date as Specified in Plan | Amt/(#) remaining Payments |
|---|---|---|---|---|
| Class Three | | | | |
| National Grid -Gas | $1325.79 | 100% | 100% on Effective Date | 0.00 |
| Narragansett Bay | $594.55 | 100% | | 0.00 |
| Providence Water | $369.12 | 100% | | 0.00 |

**PAGE 2      PROPOSED ORDER OF DISTRIBUTION**

**D.   Equity Interest Holders**

| Name & Address of claimant | Amount To Be Allowed/ Agrees with claims register and/or Schedules Y/N | (%) Total Amt. to be paid | Amount Paid at Confirmation or Such Other Date as Specified in Plan | Amt/(#) remaining Payments |
|---|---|---|---|---|
| Class Four | | | | |
| Steven Nappa | 0.00 | N/A | N/A | N/A |

**E.   Administrative Claims**

| Name & Address of claimant | Amount To Be Allowed/ Agrees with claims register and/or Schedules Y/N | (%) Total Amt. to be paid | Amount Paid at Confirmation or Such Other Date as Specified in Plan | Amt/(#) remaining Payments |
|---|---|---|---|---|

**F.   Other (name type of claim)**

| Name & Address of claimant | Amount To Be Allowed/ Agrees with claims register and/or Schedules Y/N | (%) Total Amt. to be paid | Amount Paid at Confirmation or Such Other Date as Specified in Plan | Amt/(#) remaining Payments |
|---|---|---|---|---|
| US Trustee's Office Sinapi Formisano & Co., Ltd | $350.00 | 100% | On Effective Date By Agreement with Security | |

Date: October 13, 2010

APPROVED:

*[signature]*

U.S. Bankruptcy Court
10/27/2010
Entered on docket: 10/27/2010

/s/ Peter J. Furness
Counsel to the Debtor
Address: 100 Midway Place, Suite 1
         Cranston, RI 02920
Telephone Number: (401) 944-9690
Bar Code Number: 3608

# CERTIFICATE OF NOTICE

```
District/off: 0103-1          User: carolsy              Page 1 of 1                 Date Rcvd: Oct 27, 2010
Case: 10-11413                Form ID: pdfdoc            Total Noticed: 15
```

```
The following entities were noticed by first class mail on Oct 29, 2010.
db           +Nappa Realty, LLC,    469 Washington Street,    Providence, RI 02903-3511
intp        ++INTERNAL REVENUE SERVICE,    CENTRALIZED INSOLVENCY OPERATIONS,    PO BOX 21126,
               PHILADELPHIA PA 19114-0326
              (address filed with court:   Internal Revenue Service Insolvency Unit,    4th Floor,
               380 Westminster Street,    Providence, RI  02903)
intp         State of RI - Division of Taxation,    RI Division of Taxation,    Bankruptcy Unit,
               One Capitol Hill,    Providence, RI  02908-5800
intp         +State of RI - Labor and Training,    Legal Department,    Bldg 72 3rd Floor,    1511 Pontiac Avenue,
               Cranston, RI 02920-4407
943781735    +City of Providence,    Tax Assessor,    25 Dorrance Street, Unit 1,    Providence, RI 02903-1738
943781737    +National Grid-Electric,    P.O. Box 1049,    Woburn, MA 01807-1049
943781739    +Providence Economic Development,    Department of Planning & Development,    400 Westminster Street,
               Providence, RI 02903-3222
943781740    +Providence Water Supply Board,    552 Academy Ave,    Providence, RI 02908-2792
943785722    +R.I. Division of Taxation,    1 Capitol Hill,    Providence, RI 02908-5800
943781741    +Rockland Trust,    c/o Raymond Pelote, Esq.,    90 New State Hwy,    Raynam, MA 02767-1433
943818830    +Rockland Trust Company successor in interest to Sl,    c/o Wynn & Wynn, P.C.,
               90 New State Highway,    Raynham, MA 02767-1433
943781742    +Steven M. Nappa,    469 Washington Street,    Providence, RI 02903-3511
The following entities were noticed by electronic transmission on Oct 27, 2010.
943781736    +E-mail/Text: LTORTOLANI@narrabay.com                            Narragansett Bay Commission,
               One Service Road,    Providence, RI 02905-5505
943794923    +E-mail/Text: apbankruptcy@us.ngrid.com                            National Grid,
               300 Erie Blvd. West,    Syracuse, NY 13202-4250
943781738    +E-mail/Text: apbankruptcy@us.ngrid.com                            National Grid-Gas,
               P.O. Box 1048,    Woburn, MA 01807-1048
                                                                                              TOTAL: 3

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr*          +Rockland Trust Company successor in interest to Sl,    c/o Wynn & Wynn, P.C.,
               90 New State Highway,    Raynham, MA 02767-1433
                                                                                              TOTALS: 0, * 1, ## 0

Addresses marked ’+’ were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked ’++’ were redirected to the recipient’s preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Oct 29, 2010**                **Signature:**    _Joseph Speetjens_