**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF RHODE ISLAND**

| | |
|---|---|
| In Re: Nappa Realty, LLC | BK No. 1:10–bk–11413 |
| Debtor(s) | Chapter 11 |

**ORDER FOR WRITTEN POSITION**
Re: Application for Interim Compensation [Doc. #81]

With respect to the above−entitled matter, the Assistant U.S. Trustee , is hereby **ORDERED** to file a written position regarding Docket No. 81, filed by Rockland Trust Company , with this court no later than 1/5/2011, with proper certification to all interested parties.

*So Ordered:*

/s/ Arthur N. Votolato
U.S. Bankruptcy Court Judge

Date: **12/22/10**

Entered on Docket: **12/22/10**
Document Number: **83 – 81**

owr.jsp #124

---

*The Federal Center · 380 Westminster Street, 6th Floor · Providence, RI 02903 · Tel: (401) 626–3100*

Website: www.rib.uscourts.gov