**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF RHODE ISLAND**

| | |
|---|---|
| In Re: Nappa Realty, LLC | BK No. 1:10–bk–11413 |
| Debtor(s) | Chapter 11 |

### ORDER ALLOWING RAYMOND C. PELOTE INTERIM COMPENSATION ON ACCOUNT
*Re: Application for Interim Compensation of Counsel for Creditor Rockland Trust Company , filed by Raymond C. Pelote/Wynn & Wynn PC*

The request for interim compensation by Raymond C. Pelote/Wynn & Wynn PC in the capacity of Creditor's Counsel, for fees in the amount of $ 23,788.50 and expenses in the amount of 12,451.15 of for the time period of 1/19/2010 to 10/29/2010 is:

*GRANTED* in the amount of $ 23,788.50 in fees and in the amount of $ 12,451.15 in expenses. This award is on account and will be reconsidered when final applications are ruled on by the court.

Any compensation and/or expenses requested in the interim application which were not allowed, should be requested again in the final fee application at the end of the case.

*So Ordered:*

/s/ Arthur N. Votolato
**U.S. Bankruptcy Court Judge**

Date: **1/14/11**

Entered on Docket: **1/14/11**
Document Number: **88 – 81**

oallowintcomp.jsp #146