STATE OF RHODE ISLAND AND PROVIDENCE PLANTATIONS

7Department of Administration
**DIVISION OF TAXATION**
One Capitol Hill
Providence, RI 02908-5800
Fax (401) 574-8915

September 14, 2011

U. S. Bankruptcy Court
The Federal Center
380 Westminster Mall
Providence, RI 02903

RE:  Nappa Realty, LLC                                             #10-11413

Debtor

## STIPULATION

Claim filed against the above by the Division of Taxation for Corporation

Tax has been satisfied in full and is hereby withdrawn.


                                            STATE OF RHODE ISLAND
                                            DIVISION OF TAXATION


                                            BY: _____
                                                Paul Guertin, Chief of
                                                Compliance & Collections