UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| In Re: | ) | |
| | ) | |
| NAPPA REALTY, LLC | ) | Case No.: 10-11413 |
| | ) | Chapter 11 |
| Debtor | ) | |
| | ) | |

## APPLICATION FOR FINAL DECREE

Pursuant to 11 U.S.C. § 1142, Fed. R. Bankr. P. 3020 and R.I. LBR 3022-1, Nappa Realty, LLC (the "Debtor") moves this Court for a final decree and to close its Chapter 11 case. In support, the Debtor represents the following:

1. The Court entered an order confirming the Second Amended Plan of Nappa Realty, LLC (the "Plan") on November 1, 2010.

2. The Court conducted hearings on the Interim Fee Application filed by Peter J. Furness (the "First Fee Application") and thereafter entered an order dated October 10, 2010 approving the First Fee Application as filed, on account.

3. Peter J. Furness has filed a Final Application, which is being heard contemporaneously with this Application. The fee awarded by this Court is being paid by the Debtor pursuant to a deferral arrangement heretofore approved by the Court.

4. The Debtor has substantially consummated its Plan and has complied with all orders of the Court regarding post-confirmation issues and payments.

5. In Exhibit A, attached hereto, the Debtor has set forth the creditor distributions[1] made in furtherance of the Plan, either by the Debtor directly or by Nappa Construction, an entity owned by the principal of the Debtor.

6. The Debtor does not anticipate making any further distributions to creditors under the Plan.

7. The Debtor has or will have paid prior to the hearing on this Application, the United States Trustee all post-confirmation quarterly fees due per 28 U.S.C. § 1930 billed to date.

WHEREFORE, the Debtor respectfully requests that the Court (a) enter a final decree and order closing its Chapter 11 case, and (b) enter such further and additional relief as may be appropriate under the circumstances.

    Respectfully submitted,

    NAPPA REALTY, LLC
    By their attorneys,

    */s/ Peter J. Furness*
    Peter J. Furness, Esq. (#3608)
    SINAPI, FORMISANO & COMPANY, LTD.
    100 Midway Place, Suite 1
    Cranston, RI  02920
    (401) 944-9690 Phone
    (401) 943-9040 Fax

---

[1] These figures do not include payment in the ordinary course of business to the Debtor's trade creditors and the like after the Effective Date of the Plan.

2

## Exhibit A

| **Creditor** | **Distribution Amount** |
| --- | --- |
| Rhode Island Division of Taxation<br>One Capital Hill<br>Providence, RI 02903 | $2,000.00 |
| City of Providence<br>Tax Assessor's Office<br>25 Dorrance Street, Unit 1<br>Providence, RI 02903 | $20,644.70 |
| Rockland Trust<br>c/o Raymond Pelote, Esq.<br>Wynn & Wynn, P.C.<br>90 New State Highway<br>Raynham, MA 02767 | $344,896.02 |
| Narragansett Bay Commission<br>One Service Road<br>Providence, RI 02905 | $594.55 |
| National Grid-Gas<br>P.O. Box 1048<br>Woburn, MA 01807 | $1,325.79 |
| Providence Water<br>P.O. Box 1456<br>Providence, RI 02901 | $369.12 |