UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| In Re: **Nappa Realty, LLC**<br><br>Debtor(s) | BK No. **1:10-bk-11413**<br><br>Chapter **11** |

### NOTICE OF FILING OF FINAL APPLICATION FOR COMPENSATION
### Chapter 11/13 Case

To the creditors and interested parties:

PLEASE TAKE NOTICE: On 10/31/2011 , Applicant, Peter Furness representing debtor Nappa Realty LLC , filed with the U.S. Bankruptcy Court for the District of Rhode Island, a Final Application for Compensation requesting a total fee allowance of $ 20290.87 in fees (less any previously allowed retainer and/or interim payments) and $ 11.82 in total expenses (less any previously allowed expenses). A copy of said Application is on file with the Clerk's Office and can be reviewed at the court or on-line at www.rib.uscourts.gov,or a copy may be obtained by contacting the applicant. A complete copy of the application has also been provided to the local office of the U.S. Trustee and to all electronic filers in this case.

***PURSUANT TO R.I. LBR 1005-1(d)***, within twenty-four (24) days of service of this NOTICE, any party who objects to the fees and expenses sought in the referenced Application shall serve and file with the Clerk of Court, with copies to the local office of the United States Trustee and interested parties, an Objection/Response to said Application. Only parties who have timely filed an Objection/Response will be permitted to present their position at hearing, unless otherwise ordered.

***THIS NOTICE APPLICABLE TO: FINAL APPLICATIONS FOR COMPENSATION UNDER CHAPTER 11 AND 13.***

Dated: **11/1/11**  
Document Number: **94 – 92**

Susan M. Thurston  
Clerk, U.S. Bankruptcy Court

333.jsp #333