United States Bankruptcy Court
District of Rhode Island

In re:  
Nappa Realty, LLC  
    Debtor

Case No. 10-11413-anv  
Chapter 11

# CERTIFICATE OF NOTICE

District/off: 0103-1     User: crpamr     Page 1 of 2     Date Rcvd: Dec 21, 2011  
                      Form ID: 504     Total Noticed: 5

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 23, 2011.
```
db           +Nappa Realty, LLC,    469 Washington Street,    Providence, RI 02903-3511
intp        ++INTERNAL REVENUE SERVICE,    CENTRALIZED INSOLVENCY OPERATIONS,    PO BOX 7346,
               PHILADELPHIA PA 19101-7346
             (address filed with court: Internal Revenue Service Insolvency Unit,    4th Floor,
               380 Westminster Street,    Providence, RI  02903)
cr           +Rockland Trust Company successor in interest to Sl,    c/o Wynn & Wynn, P.C.,
               90 New State Highway,    Raynham, MA 02767-5460
intp          State of RI - Division of Taxation,    RI Division of Taxation,    Bankruptcy Unit,
               One Capitol Hill,    Providence, RI  02908-5800
intp         +State of RI - Labor and Training,    Legal Department,    Bldg 72 3rd Floor,    1511 Pontiac Avenue,
               Cranston, RI 02920-4407
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.        TOTAL: 0

          ***** BYPASSED RECIPIENTS *****  
NONE.        TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address  
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Dec 23, 2011**                   **Signature:** _/s/ Joseph Speetjens_

```
District/off: 0103-1           User: crpamr              Page 2 of 2                   Date Rcvd: Dec 21, 2011
                               Form ID: 504              Total Noticed: 5
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on December 21, 2011 at the address(es) listed below:
         Gary L. Donahue    ustpregion01.pr.ecf@usdoj.gov
         Peter J. Furness    on behalf of Debtor  Nappa Realty, LLC pjf@sfclaw.com,  kduarte@sfclaw.com
         Raymond C. Pelote    on behalf of Creditor  Rockland Trust Company successor in interest to
          Slade's Bank f/k/a Slade's Ferry Trust Company rpelote@wynnandwynn.com,  pknorr@wynnandwynn.com
                                                                                      TOTAL: 3

*UNITED STATES BANKRUPTCY COURT*
*DISTRICT OF RHODE ISLAND*

---

In Re: Nappa Realty, LLC                BK No. 1:10–bk–11413

Debtor(s)                                Chapter 11

---

### NOTICE OF CONTINUED HEARING

***PLEASE TAKE NOTICE*** that the hearing on the following matter has been continued. For the new hearing date, see below:

Hearing continued to 1/25/2012 at 10:00 AM at 6th Floor Courtroom.

RE: [92] Application for Final Compensation filed by Debtor Nappa Realty, LLC,
[96] Objection filed by Debtor Nappa Realty, LLC.

It is recommended that counsel utilize courtroom technology. If familiarization in use of the document camera and/or touch screens is required, please plan on arriving twenty minutes in advance of the hearing and meet with the Court Recorder for training.

/s/ Susan M. Thurston
Clerk, U.S. Bankruptcy Court

Date: **12/21/11**

Entered on Docket: **12/21/11**
Document Number: **99 – 92, 96**

504.jsp

---

*The Federal Center · 380 Westminster Street, 6th Floor · Providence, RI 02903 · Tel: (401) 626–3100*

*Website: www.rib.uscourts.gov*